UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2003 DEC 12 P 3: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FRED DEN, individually and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>KAREN A. WALKER, EDWARD H. SNOWDEN and BOSTON COMMUNICATIONS GROUP, INC.,<br>    Defendants. | Civil Action No. 03-12211DPW |

## STIPULATION TO EXTEND TIME
## TO ANSWER OR OTHERWISE RESPOND

The parties to this action hereby stipulate and agree that the defendants need not answer or otherwise respond to the Complaint until forty-five (45) days after a Consolidated Amended Complaint is filed. Plaintiffs shall have forty-five (45) days to file a Consolidated Amended Complaint from the date on which an order consolidating this action and appointing a lead plaintiff is entered.

FRED DEN,

By his attorneys,

_____
Thomas G. Shapiro (BBO #454680)
Theodore M. Hess-Mahan (BBO #557109)
Shapiro Haber & Urmy LLP
75 State Street
Boston, MA 02109
(617) 439-3939

KAREN A. WALKER, EDWARD H.
SNOWDEN and BOSTON
COMMUNICATIONS GROUP, INC.,

By their attorneys,

_____
Jeffrey B. Rudman (BBO #433380)
Andrea J. Robinson (BBO #556337)
Lisa M. Cameron (BBO #639951)
Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

BOSTON 1800353v1

Christopher J. Keller
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017
(212) 907-0700

Paul Geller
Cauley Geller Bowman & Rudman LLP
2255 Glades Road
Suite 421A
Boca Raton, FL 33431
(561) 750-3000


Dated: December 12, 2003

## CERTIFICATE OF SERVICE

I, Lisa M. Cameron, hereby certify that I caused a true and accurate copy of the foregoing document to be served upon the following by first class mail on this 12th day of December, 2003:

Thomas G. Shapiro, Esq.
Theodore M. Hess-Mahan, Esq.
Shapiro Haber & Urmy LLP
75 State Street
Boston, MA  02109

Christopher J. Keller, Esq.
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY  10017-5563

Paul J. Geller, Esq.
Cauley Geller Bowman & Rudman, LLP
One Boca Place
2255 Glades Road
Suite 421A
Boca Raton, FL  33431

_____
Lisa M. Cameron

# HALE AND DORR LLP
COUNSELORS AT LAW

haledorr.com
60 STATE STREET • BOSTON, MA 02109
617-526-6000 • FAX 617-526-5000

FILED
IN CLERKS OFFICE
2003 DEC 12 P 3: 40
U.S. DISTRICT COURT
DISTRICT OF MASS.

LISA M. CAMERON
617-526-6506
lisa.cameron@haledorr.com

December 12, 2003

**By Hand**

Clerk of the Civil Court
U.S. District Court for the District of Massachusetts
John Joseph Moakley
United States Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02210

    Re:    Fred Den v. Karen A. Walker et al.
             Civil Action No. 03-12211DPW

Dear Sir or Madam:

Please find enclosed for filing in the above-referenced matter:

    1.  Stipulation to Extend Time to Answer or Otherwise Respond.

Kindly date-stamp the copy enclosed herewith as proof of filing and return it to the messenger who delivers this letter.

Please do not hesitate to contact me if you have any questions. Thank you for your attention to this matter.

                      Very truly yours,

                      Lisa M. Cameron

LMC/cms
Enclosure

cc:    All Counsel of Record