UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ─────────────────────────────────────── x | |
| FRED DEN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Civil Docket for Case No.: ) 1:03-cv-12211-DPW ) |
| v. | ) ) |
| KAREN A. WALKER, EDWARD H. SNOWDEN and BOSTON COMMUNICATIONS GROUP, INC., | ) Hon. Douglas P. Woodlock ) ) |
| Defendants. | ) ) |
| ─────────────────────────────────────── x | |

*(Additional captions on following page)*

MOTION OF THE FELDMAN GROUP FOR
APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF PROPOSED LEAD PLAINTIFF'S
SELECTION OF LEAD COUNSEL

―――――――――――――――――――――――――――― x
RONALD C. WON, Individually and On Behalf of    )
All Others Similarly Situated,                  )
                                                )   Civil Docket for Case No.:
                     Plaintiff,                 )   1:03-cv-12244-DPW
                                                )
     v.                                         )
                                                )
BOSTON COMMUNICATIONS GROUP, INC.,              )   Hon. Douglas P. Woodlock
KAREN A. WALKER and EDWARD H. SNOWDEN,          )
                                                )
                     Defendants.                )
                                                )
―――――――――――――――――――――――――――― x
MICHAEL F. STALKA, On Behalf of Himself and     )
All Others Similarly Situated,                  )
                                                )   Civil Docket for Case No.:
                     Plaintiff,                 )   1:03-cv-12486-WGY
                                                )
     v.                                         )
                                                )
BOSTON COMMUNICATIONS GROUP, INC.,              )   Hon. William G. Young
KAREN A. WALKER and EDWARD H. WALKER,           )
                                                )
                     Defendants.                )
                                                )
―――――――――――――――――――――――――――― x

The Feldman Group ("Movant" or "Feldman Group "), as defined in the accompanying Memorandum of Law, respectfully moves this Honorable Court to issue an order pursuant to Section 27 of the Securities Act of 1933, 15 U.S.C. § 77z-1; Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), and Rule 42 of the Federal Rules of Civil Procedure: (i) consolidating the above-captioned related actions, (ii) appointing Movant as Lead Plaintiff in the consolidated action, and (iii) approving Movant's selection of Goodkind Labaton Rudoff & Sucharow LLP as Lead Counsel for the class.

The grounds for this motion are stated in the Memorandum of Law in Support of this Motion and the Declaration of Christopher Keller and accompanying exhibits submitted herewith.

A copy of this Notice has been sent to all parties on the attached proof of service.

Dated:  January 12, 2004

Respectfully submitted,

**SHAPIRO HABER & URMY LLP**

/s/ Theodore M. Hess-Mahan
Theodore Hess-Mahan (BBO#557109)
75 State Street
Boston, MA 02109
Tel:  (617) 439-3939
Fax:  (617) 439-0134

**GOODKIND LABATON RUDOFF
& SUCHAROW LLP**
Jonathan M. Plasse
Christopher J. Keller
100 Park Avenue
New York, New York  10017
Tel:  (212) 907-0700
Fax:  (212) 818-0477

*Attorneys for the Feldman Group
And Proposed Lead Counsel for the Class*