UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ─────────────────────────────────── x<br>FRED DEN, Individually and On Behalf of<br>All Others Similarly Situated,<br><br>               Plaintiff,<br><br>   v.<br><br>KAREN A. WALKER, EDWARD H. SNOWDEN and<br>BOSTON COMMUNICATIONS GROUP, INC.,<br><br>               Defendants.<br>─────────────────────────────────── x | )<br>)<br>)<br>) Civil Docket for Case No.:<br>) 1:03-cv-12211-DPW<br>)<br>)<br>)<br>) Hon. Douglas P. Woodlock<br>)<br>)<br>)<br>)<br>) |

*(Additional captions on following page)*

DECLARATION OF CHRISTOPHER KELLER IN SUPPORT OF MOTION
OF THE FELDMAN GROUP FOR CONSOLIDATION OF RELATED ACTIONS,
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF PROPOSED
LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

|  |  |
|---|---|
| ─────────────────────────────────── x | |
| RONALD C. WON, Individually and On Behalf of All Others Similarly Situated, ) ) | |
|    Plaintiff, ) ) ) | Civil Docket for Case No.: 1:03-cv-12244-DPW |
|    v. ) ) | |
| BOSTON COMMUNICATIONS GROUP, INC., KAREN A. WALKER and EDWARD H. SNOWDEN, ) ) ) | Hon. Douglas P. Woodlock |
|    Defendants. ) ) | |
| ─────────────────────────────────── x | |
| MICHAEL F. STALKA, On Behalf of Himself and All Others Similarly Situated, ) ) ) | |
|    Plaintiff, ) ) ) | Civil Docket for Case No.: 1:03-cv-12486-WGY |
|    v. ) ) | |
| BOSTON COMMUNICATIONS GROUP, INC., KAREN A. WALKER and EDWARD H. WALKER, ) ) ) | Hon. William G. Young |
|    Defendants. ) ) | |
| ─────────────────────────────────── x | |

CHRISTOPHER KELLER hereby declares as follows:

1.  I am an associate with the law firm of Goodkind Labaton Rudoff & Sucharow LLP, counsel for the Feldman Group ("Movant" or "Feldman Group").

2.  I respectfully submit this declaration in support of Movant's motion for consolidation of the related actions, appointment of Movant as Lead Plaintiff and approval of the selection of the firm of Goodkind Labaton Rudoff & Sucharow LLP as Lead Counsel.

3.  Annexed hereto as Exhibit A is a true and correct copy of the Certification of Adam Feldman, Certification of Beth Stockinger and Certification of Fred Den.

4.  Annexed hereto as Exhibit B is a true and correct copy of the November 12, 2003 notice of filing a class action against Boston Communications Group, Inc.

5.  Annexed hereto as Exhibit C is a true and correct copy of the firm resume of Goodkind Labaton Rudoff & Sucharow LLP.

I declare, under penalty of perjury, this 12th of January, 2004.

_____
Christopher J. Keller