UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRED DEN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) Civil Docket for Case No.: |
| Plaintiff, | ) 1:03-cv-12211-DPW ) |
| v. | ) ) |
| KAREN A. WALKER, EDWARD H. SNOWDEN and BOSTON COMMUNICATIONS GROUP, INC., | ) Hon. Douglas P. Woodlock ) ) |
| Defendants. | ) ) |

*(Additional captions on following page)*

[PROPOSED] ORDER CONSOLIDATING THE RELATED ACTIONS,
APPOINTING THE FELDMAN GROUP AS LEAD PLAINTIFF AND APPROVING
LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

———————————————————————— x
RONALD C. WON, Individually and On Behalf of     )
All Others Similarly Situated,                   )
                                                 )  Civil Docket for Case No.:
                    Plaintiff,                   )  1:03-cv-12244-DPW
                                                 )
        v.                                       )
                                                 )
BOSTON COMMUNICATIONS GROUP, INC.,               )  Hon. Douglas P. Woodlock
KAREN A. WALKER and EDWARD H. SNOWDEN,           )
                                                 )
                    Defendants.                  )
                                                 )
———————————————————————— x
MICHAEL F. STALKA, On Behalf of Himself and      )
All Others Similarly Situated,                   )
                                                 )  Civil Docket for Case No.:
                    Plaintiff,                   )  1:03-cv-12486-WGY
                                                 )
        v.                                       )
                                                 )
BOSTON COMMUNICATIONS GROUP, INC.,               )  Hon. William G. Young
KAREN A. WALKER and EDWARD H. WALKER,            )
                                                 )
                    Defendants.                  )
                                                 )
———————————————————————— x

Upon consideration of the motion of the Feldman Group ("Movant" or "Feldman Group") for consolidation of the related actions, appointment as Lead Plaintiff and approval of selection of Lead Counsel, the Memorandum of Law, and the Declaration of Christopher Keller in support thereof, and for good cause shown, IT IS HEREBY ORDERED THAT:

1. The Motion of the Feldman Group is GRANTED;

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned cases, and any subsequently filed or transferred actions on behalf of a class that purchased or otherwise acquired shares of Boston Communications Group, Inc. are hereby CONSOLIDATED under Master File No. 03-CV-12211 and shall bear the caption "In re Boston Communications Group Securities Litigation;"

3. The Feldman Group is APPOINTED to serve as lead plaintiff, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B); and

4. The selection of counsel by the Feldman Group is APPROVED and the Law Firm of Goodkind Labaton Rudoff & Sucharow LLP is hereby APPOINTED as Lead Counsel.

This __ day of _____, 2004.

_____
Judge Douglas P. Woodlock
United States District Judge