## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRED DEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BOSTON COMMUNICATIONS GROUP, INC., KAREN A WALKER and EDWARD H. SNOWDEN,<br><br>Defendants. | Civil Action No.: 03-cv-12211 DPW |
| RONALD C. WON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BOSTON COMMUNICATIONS GROUP, INC., KAREN A WALKER and EDWARD H. SNOWDEN,<br><br>Defendants. | Civil Action No.: 03-cv-12244 DPW |
| MICHAEL F. STALKA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BOSTON COMMUNICATIONS GROUP, INC., KAREN A WALKER and EDWARD H. SNOWDEN,<br><br>Defendants. | Civil Action No.: 03-cv-12486 WGY |

**MOTION OF MICHAEL F. STALKA TO BE APPOINTED
LEAD PLAINTIFF, AND FOR APPROVAL OF LEAD
<u>PLAINTIFF'S SELECTION OF LEAD COUNSEL</u>**

Boston Communications Group, Inc. securities investor Michael F. Stalka (the "Proposed Lead Plaintiff" or "Movant") hereby moves this Court pursuant to Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation

Reform Act of 1995 ("PSLRA") for an order that:

    a.    appoints Michael F. Stalka Lead Plaintiff for the above-captioned related actions; and

    b.    approves Wolf Haldenstein Adler Freeman & Herz LLP Lead Counsel for the Class.

This Motion is supported by the accompanying Memorandum of Law, the accompanying Declaration of Theodore M. Hess-Mahan, Esq., and the exhibits annexed thereto, all of the prior pleadings and proceedings had herein, and such other written and/or oral argument, as may be presented to the Court.

Dated: January 12, 2004

Respectfully submitted,

**SHAPIRO HABER & URMY LLP**

/s/ Theodore M. Hess-Mahan
Theodore M. Hess-Mahan, Esq.
75 State Street
Boston, MA  02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ, LLP**
Fred T. Isquith, Esq.
Christopher S. Hinton, Esq.
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

**LAW OFFICES OF BRUCE G. MURPHY**
Bruce G. Murphy, Esq.
265 Llwyds Lane
Vero Beach, FL 32963
Telephone: (772) 231-4020