**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FRED DEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BOSTON COMMUNICATIONS GROUP, INC., KAREN A WALKER and EDWARD H. SNOWDEN,<br><br>Defendants. | Civil Action No.: 03-cv-12211 DPW |
| RONALD C. WON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BOSTON COMMUNICATIONS GROUP, INC., KAREN A WALKER and EDWARD H. SNOWDEN,<br><br>Defendants. | Civil Action No.: 03-cv-12244 DPW |
| MICHAEL F. STALKA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BOSTON COMMUNICATIONS GROUP, INC., KAREN A WALKER and EDWARD H. SNOWDEN,<br><br>Defendants. | Civil Action No.: 03-cv-12486 WGY |

**DECLARATION OF THEODORE M. HESS-MAHAN IN SUPPORT OF MOTION
OF MICHAEL F. STALKA FOR CONSOLIDATION, APPOINTMENT
<u>AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

Theodore M. Hess-Mahan, Esq. duly declares as follows:

1. I am an associate of the law firm of Shapiro Haber & Urmy LLP and admitted to practice law before the Courts of Massachusetts and within this judicial district. I am the local counsel to Michael F. Stalka (the "Proposed Lead Plaintiff" or "Movant") and submit this declaration in support of his motion for appointment as lead plaintiff and approval of his selection of lead counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the signed certification of class member Michael F. Stalka pursuant to the requirements of the Private Securities Litigation Reform Act of 1995 ("PSLRA"). See 15 U.S.C. § 78u-4(a)(2).

3. Attached hereto as Exhibit B is a true and correct copy of the notice to class members concerning the first-filed of the above-captioned actions, published on November 12, 2003, on BusinessWire, advising the public of the pendency of a class action filed on behalf of Boston Communications Group, Inc. investors ("BCGI").

4. Attached hereto as Exhibit C is a true and correct copy of a chart of Movant's transactions in BCGI securities during the relevant Class Period and his approximate losses.

5. Attached hereto as Exhibit D are true and correct copies of the Shapiro Haber & Urmy LLP and Wolf Haldenstein Adler Freeman & Herz LLP firm biographies.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: January 12, 2004

                                          /s/Theodore M. Hess-Mahan
                                          Theodore M. Hess-Mahan

345647