Goodkind Labaton Rudoff & Sucharow LLP Announces Class Action Lawsuit against Boston Communications Group, Inc.
WEDNESDAY, NOVEMBER 12, 2003 7:57 AM
-BusinessWire

NEW YORK, Nov 12, 2003 (BUSINESS WIRE) -- Goodkind Labaton Rudoff & Sucharow LLP ("Goodkind Labaton") filed a class action lawsuit on November 10, 2003 in the United States District Court for the District of Massachusetts, on behalf of persons who purchased or otherwise acquired publicly traded securities of Boston Communications Group, Inc.("Boston Communications" or the "Company") (BCGI) between June 12, 2003 and July 16, 2003, inclusive, (the "Class Period"). The lawsuit was filed against Boston Communications and certain officers.

If you are a member of this class you can view a copy of the complaint and join this class action online at http://www.glrs.com/get/?case=BostonCommunications.

The complaint alleges that Defendants violated Sections 10(b) and 20(a) of the Securities and Exchange Act of 1934, and rule 10b-5 promulgated thereunder, by issuing false and misleading statements concerning the Company's business. Specifically, the complaint alleges that the Defendants issued false and misleading statements and had a duty to correct such statements concerning Boston Communications' relationship with Verizon Wireless.

In particular, analysts had raised concerns regarding the company's ability to maintain relationships with its primary customers, which accounted for the majority of the Company's revenue. Moreover, such concerns included the propensity for its customers to take services outsourced to Boston Communications, in-house. To allay investor fears concerning Boston Communications's customer concentration, the Company attempted to reassure investors that contract negotiations with Verizon Wireless, and other customers, were continuing as planned, despite a company policy not to do so.

On July 17, 2003, Verizon Wireless announced its intention to "insource" the Company's services. Announcement of the news caused shares of Boston Communications to plummet, falling 40% on heavy volume.

Plaintiff is represented by the law firm of Goodkind Labaton of New York, New York and Ft. Lauderdale, Florida. Goodkind Labaton is a pioneer in the field of investor protection, with over thirty years experience litigating securities class actions in courts throughout the country. Goodkind Labaton has over 50 attorneys in two offices and maintains an in-house staff of finance and accounting specialists. Goodkind Labaton also has extensive trial experience and, most recently, concluded a class action trial resulting in a landmark $185 million verdict for the plaintiff class.

If you bought Boston Communications securities between June 12, 2003 and July 16, 2003, inclusive, you may qualify to serve as lead plaintiff. Lead Plaintiff papers must be filed with the court no later than January 12, 2004. If you would like to consider serving as lead plaintiff or have any questions about the lawsuit, please contact one of our representatives at investorrelations@glrslaw.com or Christopher Keller, Esq. at 800-321-0476.

SOURCE: The Law Firm of Goodkind Labaton Rudoff & Sucharow LLP

Goodkind Labaton Rudoff & Sucharow LLP
Christopher Keller, Esq., 800-321-0476
investorrelations@glrslaw.com