Boston Communication Loss Chart

| Name | Date Puchased | # Shares | Price | Purchase Cost | Total | Date Sold | # Shares | Price | Redeemed Value | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| Michael F. Stalka | 6/26/2003 | 3000 | 16.29 | 48870 |  | 8/14/2003 | 1000 | 11.51 | 11510 |  |
|  | 7/10/2003 | 1000 | 19.47 | 19470 |  | 9/5/2003 | 3000 | 12.73 | 38190 |  |
|  |  | 4000 |  | 68340 | $ 68,340.00 |  | 4000 |  | 49700 | $ 18,640.00 |