## SHAPIRO HABER & URMY LLP
## *FIRM RESUME*

Shapiro Haber & Urmy is an eight lawyer firm based in Boston, Massachusetts that concentrates in the litigation of complex civil actions, particularly class and derivative actions. We have represented investors in a number of significant securities fraud actions. The firm has won multimillion dollar jury verdicts and arbitration awards for defrauded investors. The firm has extensive experience in both trials and appeals in state and federal courts.

The firm has represented investors in many notable instances of financial fraud, including Molten Metal Technology, Inc., Waste Management, Inc., Pegasystems, Inc., Centennial Technologies, WebSecure, Kendall Square Research Corp., Cambridge Biotech Corp., Kurzweil Applied Intelligence and Bank of New England. The firm has also litigated cases against such major companies as Fidelity Investments, John Hancock Insurance Company, Digital Equipment Corporation, Bank of Boston, Fleet Bank, Lotus Development Corp., Polaroid Corp. and others.

The firm has been awarded the "AV" rating by the Martindale-Hubbell Law Directory, which is given only to those who have earned a very high measure of professional esteem and have adhered to the highest ethical standards in the legal profession. The firm's website is located at www.shulaw.com.

Brief biographies of the firm's lawyers are as follows:

**Thomas G. Shapiro**

Mr. Shapiro graduated from Harvard College (*magna cum laude*) in 1965 and from Harvard Law School (*cum laude*) in 1969. Mr. Shapiro is well known for his expertise and experience in securities litigation. He has been a faculty member in continuing legal education programs concerning securities litigation sponsored by the Practicing Law Institute, ALI-ABA, Massachusetts Continuing Legal Education, Massachusetts Academy

of Trial Attorneys and the Boston Bar Association.  Mr. Shapiro has lectured on securities litigation issues for the American Corporate Counsel Association and at a NASDAQ Financial Executive Conference for senior officers of NASDAQ companies.  Mr. Shapiro was also on the faculty of the Flaschner Judicial Institute's seminar for Massachusetts Superior Court judges on the Trial and Management of Complex Cases.

Mr. Shapiro is the author of the chapter "Depositions in Class Actions" in *Massachusetts Deposition Practice Manual*, published by Massachusetts Continuing Legal Education in 1992, and co-author of *Securities Litigation in the Aftermath of In Re Data Access Securities Litigation*, 24 New. Eng. L. Rev. 537 (1990).  He served as the first Chairman of the Federal Practice Committee of the Massachusetts Bar Association.  He is a member of the bar of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit, and the Supreme Court of the United States.

**Edward F. Haber**

Mr. Haber graduated from Cornell University in 1966 and from Harvard Law School (*cum laude*) in 1969.  Upon graduation from Harvard Law School, he taught at the Boston College Law School during the 1969-1970 academic year.  In 1988 and 1990, he was on the faculty of the New England Federal Securities Regulation Institute, sponsored by the American Law Institute/American Bar Association Committee on Continuing Professional Education.  In April, 1992, he was on the faculty of the Massachusetts Bar Association's seminar on the Fundamentals of Securities Arbitration.  He is a member of the bar of the Commonwealth of Massachusetts, the Supreme Court of the United States, the United States Courts of Appeals For the First and Seventh Circuits and the United States District Courts for the Districts of Massachusetts, the Central District of Illinois and the Eastern District of Michigan.

**Thomas V. Urmy, Jr.**

Mr. Urmy graduated from Amherst College (*cum laude*) in 1960 and from Yale Law School in 1964. In 1998 he won a $6.5 million jury award in a securities fraud case on behalf of the Massachusetts Pension Reserve Investment Trust. He is a member of the bar of the Commonwealth of Massachusetts and the United States District Courts for the District of Massachusetts and the Southern and Eastern Districts of New York and the United States Courts of Appeals for the First, Second, Third and Ninth Circuits.

**Michelle H. Blauner**

Ms. Blauner is a 1983 graduate of Cornell University (with highest distinction) and a 1986 graduate of Harvard Law School (*cum laude*). Upon graduation she became an associate at the Boston law firm of Foley, Hoag & Elliot. In January, 1988 she joined the firm as an associate, and she became a partner in 1993. Ms. Blauner has worked on many of the complex class actions prosecuted by the firm. She is co-author, with Thomas G. Shapiro, of *Securities Litigation in the Aftermath of In Re Data Access Securities Litigation*, 24 New. Eng. L. Rev. 537 (1990). Ms. Blauner is a member of the bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

**Theodore Hess-Mahan**

Mr. Hess-Mahan is a 1981 graduate of Tufts University and a 1990 graduate of Suffolk University Law School (*cum laude*). Upon graduation from law school, he worked as a law clerk to Francis P. O'Connor, Associate Justice of the Supreme Judicial Court for the Commonwealth of Massachusetts. He was an associate with the Boston office of the firm of Ropes & Gray from 1991 to 1997. Mr. Hess-Mahan joined Shapiro Haber & Urmy as an associate in May 1997. He is a member of the bar of the Commonwealth of

Massachusetts, the Supreme Court of the United States, United States Court of Appeals for the First Circuit, and the United States District Court for the District of Massachusetts.

**Christine E. Morin**

Ms. Morin is a 1983 graduate of Mount Holyoke College and a 1994 graduate of Suffolk University Law School (*cum laude*). She joined Shapiro Haber & Urmy as an associate in March 1995. She is a member of the bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

**Todd S. Heyman**

Mr. Heyman is a 1993 graduate of Georgetown University and a 1999 graduate of Stanford Law School. Upon graduation from law school, he worked as a law clerk to the Honorable Nancy Gertner, United States District Court for the District of Massachusetts. Mr. Heyman joined Shapiro Haber & Urmy as an associate in September 2000. He is a member of the bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

**Matthew L. Tuccillo**

Mr. Tuccillo is a 1995 graduate of Wesleyan University and a 1999 graduate of the Georgetown University Law Center. Mr. Tuccillo was an associate at the Boston law firm of Brown, Rudnick, Freed & Gesmer from 1999 to 2001. He was an associate with the Boston office of the law firm of Lieff, Cabraser, Heimann & Bernstein from 2001 to 2002. Mr. Tuccillo joined Shapiro, Haber & Urmy as an associate in July 2002. He is a member of the bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.