**Plaintiff Certification - Boston Communications Group, Inc. Class Action**

First Name: Adam

Last Name: Feldman

E-mail: adamfeldman@yahoo.com

Phone: 510-338-0086

I authorize and, upon execution of the accompanying retainer agreement by GLRS, retain Goodkind Labaton Rudoff & Sucharow LLP ("GLRS") to file an action under the federal securities laws to recover damages and to seek other relief against Boston Communications Group, Inc., ("Boston Communications Group, Inc."). GLRS will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by GLRS.

1. I have reviewed the complaint and authorized its filing.
2. I did not acquire the security that is the subject of this action at the direction of counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. I represent and warrant that I am fully authorized to enter into and execute this certification.
5. I will not accept any payment to serve as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. During the three years prior to the date of this certification, I have not sought to serve or served as a representative party for a class in an action filed under the federal securities law except if detailed below:

---

Except those set forth in the following transaction list, I have made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action.

Purchase transactions made during the Class period:

| Date Shares Purchased | Number of Shares Purchased | Purchase Price per Share |
|---|---|---|
| 06/17/2003 | 1500 | 14.82 |
| 07/08/2003 | 1500 | 19.98 |
| 07/16/2003 | 1500 | 21.78 |

Sale transactions made during the Class period:

| Date Shares Sold | Number of Shares Sold | Sale Price per Share |
|---|---|---|
| 07/21/2003 | 3000 | 11.96 |
| 07/22/2003 | 1500 | 11.58 |

---

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate: **Yes**

I understand that by submitting this form, I intend to sign and execute this agreement: **Yes**

Date: 11/12/2003

**Plaintiff Certification - Boston Communications Group, Inc. Class Action**

First Name: Beth

Last Name: Stockinger

E-mail: alberstock@aol.com

Phone: 612.925.2037

Address Line 1: 3515 Saint Paul Avenue

City: Minneapolis

State: MN

Zip Code: 55416

I authorize and, upon execution of the accompanying retainer agreement by GLRS, retain Goodkind Labaton Rudoff & Sucharow LLP ("GLRS") to file an action under the federal securities laws to recover damages and to seek other relief against Boston Communications Group, Inc., ("Boston Communications Group, Inc."). GLRS will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by GLRS.

1. I have reviewed the complaint and authorized its filing.
2. I did not acquire the security that is the subject of this action at the direction of counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. I represent and warrant that I am fully authorized to enter into and execute this certification.
5. I will not accept any payment to serve as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. During the three years prior to the date of this certification, I have not sought to serve or served as a representative party for a class in an action filed under the federal securities law except if detailed below:

---

Except those set forth in the following transaction list, I have made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action.

**Purchase transactions made during the Class period:**

| Date Shares Purchased | Number of Shares Purchased | Purchase Price per Share |
|---|---|---|
| 7/16/03 | 3100 | 19.75 |

---

Securities were acquired via Employee stock purchase program, 401 K or other retirement plan

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate: **Yes**

I understand that by submitting this form, I intend to sign and execute this agreement: **Yes**

Date: 11/28/2003