UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| FRED DEN, individually and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>KAREN A. WALKER, EDWARD H. SNOWDEN and BOSTON COMMUNICATIONS GROUP, INC.,<br>    Defendants. | Civil Action No. 03-12211DPW |
| RONALD C. WON, Individually and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>BOSTON COMMUNICATIONS GROUP, INC., KAREN A. WALKER, and EDWARD H. SNOWDEN,<br>    Defendants. | Civil Action No. 03-12244DPW |

## DEFENDANTS' RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1, defendants Boston Communications Group, Inc., Karen A. Walker and Edward H. Snowden, and their counsel affirm that they have conferred:

1. with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as mediation, arbitration, and the alternative dispute resolution programs outlined in Local Rule 16.4.

|  |  |
|---|---|
| *[signature]*<br>on behalf of Boston Communications Group, Inc.<br><br>*[signature]*<br>Karen A. Walker<br><br>*[signature]*<br>Edward H. Snowden<br>Date: January 21, 2004 | KAREN A. WALKER, EDWARD H. SNOWDEN and BOSTON COMMUNICATIONS GROUP, INC.,<br><br>By their attorneys,<br><br>*[signature]*<br>Jeffrey B. Rudman (BBO #433380)<br>Andrea J. Robinson (BBO #556337)<br>Lisa M. Cameron (BBO #639951)<br>Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 |

BOSTON 1820355v1

## CERTIFICATE OF SERVICE

I, Lisa M. Cameron, hereby certify that I caused a true and accurate copy of the foregoing document to be served upon the following by first class mail on this 22nd day of January, 2004:

Theodore M. Hess-Mahan
Shapiro Haber & Urmy LLP
75 State Street
Boston, MA 02109
(617) 439-3939

Paul Geller
Cauley Geller Bowman & Rudman LLP
2255 Glades Road
Suite 421A
Boca Raton, FL 33431
(561) 750-3000

Marc A. Topaz
Richard A. Maniskas
Chad E. Kauffman
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706

Bruce G. Murphy
Law Offices of Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963
(772) 231-4020

Christopher J. Keller
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017
(212) 907-0700

David Pastor (BBO #391000)
Edward L. Manchur (BBO #316910)
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway
Suite 500
Saugus, MA 01906
(781) 231-7850

Fred T. Isquith
Christopher S. Hinton
Wolf Haldenstein Adler Freeman
    & Herz LLP
270 Madison Avenue
New York, NY 10016
(212) 545-4600

Sandy A. Liebhard
Joseph R. Seidman, Jr.
Bernstein, Liebhard & Lifshitz, LLP
10 E. 40th Street, 22nd Floor
New York, NY 10016

_____
Lisa M. Cameron