UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRED DEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KAREN A. WALKER, EDWARD H. SNOWDEN and BOSTON COMMUNICATIONS GROUP, INC.,<br><br>Defendants. | Civil Docket for Case No.:<br>1:03-cv-12211-DPW |
| RONALD C. WON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON COMMUNICATIONS GROUP, INC., KAREN A. WALKER and EDWARD H. SNOWDEN,<br><br>Defendants. | Civil Docket for Case No.:<br>1:03-cv-12244-DPW |
| MICHAEL F. STALKA, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON COMMUNICATIONS GROUP, INC., KAREN A. WALKER and EDWARD H. WALKER,<br><br>Defendants. | Civil Docket for Case No.:<br>1:03-cv-12486-DPW |

FILING FEE PAID: 
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE

**MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 83.5.3, the undersigned counsel, Theodore M. Hess-Mahan, hereby moves that this Court enter an Order granting leave to Louis Gottlieb, Goodkind Labaton Rudoff & Sucharow LLP, 100 Park Avenue, 12th Floor, New York, New York 10017, tel: (212) 907-0700, fax: (212) 883-7072, to practice before this Court in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1. Mr. Gottlieb is and has been a member in good standing of the bar of State of New York since 1991, and of the State of Connecticut in 1990.

2. There are no disciplinary proceedings pending against Mr. Gottlieb as a member of the bar in any jurisdiction.

3. Mr. Gottlieb has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this motion, Mr. Gottlieb has submitted herewith his Certificate of Good Standing as Required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves that Mr. Gottlieb be admitted to practice before this Court *pro hac vice*.

Dated: January 28, 2004

Respectfully submitted,

Theodore M. Hess-Mahan, BBO No. 557109
SHAPIRO HABER & URMY LLP
75 State Street
Boston, MA 02109
(617) 439-3939

Attorneys for Plaintiff

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL-HAND-FAX ON 1/28/2004

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Fred T. Isquith hereby certify that:

1. I was admitted to the bars indicated on the attached sheet

2. I am a member in good standing in every jurisdiction where I have been admitted practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number and email address are as follows:

| | |
|---|---|
| [Name] | Fred T. Isquith |
| [Firm Name] | c/o Wolf Haldenstein Adler Freeman & Herz, LLP |
| [Address] | 270 Madison Avenue-10th Floor, New York, NY 10016 |
| [Telephone Number] | 212-545-4690 |
| [Fax Number] | 212-545-4653 |
| [email Address] | isquith@whafh.com |

Fred T. Isquith

Dated: January 27, 2004

#348545

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| New York State Bar | | 1972 |
| United States District Courts: | | |
| Eastern District of New York | | 1975 |
| Southern District of New York | | 1975 |
| Northern District of New York | | 1988 |
| Western District of Michigan | | 1992 |
| District of Arizona | | 1994 |
| Central District of Illinois | | 1996 |
| District of Colorado | | 1999 |
| District of Nebraska | | 2000 |
| United States Court of Appeals: | | |
| 2nd Circuit | | 1975 |
| 3d Circuit | | 1986 |
| 4th Circuit | | 1990 |
| 8th Circuit | | 1985 |
| 1st Circuit | | 2000 |
| United States Supreme Court | | 1983 |

(If additional space is needed, attach separate sheet)