UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE

---

FRED DEN, Individually and On Behalf of
All Others Similarly Situated,

             Plaintiff,

    v.

KAREN A. WALKER, EDWARD H. SNOWDEN and
BOSTON COMMUNICATIONS GROUP, INC.,

             Defendants.

)
)
)
)  Civil Docket for Case No.:
)  1:03-cv-12211-DPW
)
)
)
)
)
)
)
)
)

---

RONALD C. WON, Individually and On Behalf of
All Others Similarly Situated,

             Plaintiff,

    v.

BOSTON COMMUNICATIONS GROUP, INC.,
KAREN A. WALKER and EDWARD H. SNOWDEN,

             Defendants.

)
)
)
)  Civil Docket for Case No.:
)  1:03-cv-12244-DPW
)
)
)
)
)
)
)
)
)

---

MICHAEL F. STALKA, On Behalf of Himself and
All Others Similarly Situated,

             Plaintiff,

    v.

BOSTON COMMUNICATIONS GROUP, INC.,
KAREN A. WALKER and EDWARD H. WALKER,

             Defendants.

)
)
)
)  Civil Docket for Case No.:
)  1:03-cv-12486-DPW
)
)
)
)
)
)
)
)
)

---

**MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 83.5.3, the undersigned counsel, Theodore M. Hess-Mahan, hereby moves that this Court enter an Order granting leave to Fred T. Isquith, Wolf Haldenstein Adler Freeman & Herz, LLP, 270 Madison Avenue, 10th Floor, New York, NY 10016, tel. (212) 545-4690, fax (212) 545-4653, to practice before this Court in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1.    Mr. Isquith is and has been a member in good standing of the bar of State of New York since 1972 and has been admitted to practice in the following federal courts as of the dates indicated: United States Supreme Court (1983); United States Courts of Appeals for the First (2000), Second (1975), Third (1986), Fourth (1990), and Eighth (1985) Circuits; and the United States District Courts for the Eastern (1975) and Southern (1975) and Northern (1988) Districts of New York, the Western District of Michigan (1992), the District of Arizona (1994), the Central District of Illinois (1996), the District of Colorado (1999) and the District of Nebraska (2000).

2.    There are no disciplinary proceedings pending against Mr. Isquith as a member of the bar in any jurisdiction.

3.    Mr. Isquith has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.    In further support of this motion, Mr. Isquith has submitted herewith his Certificate of Good Standing as Required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves that Mr. Isquith be admitted to practice before this Court *pro hac vice*.

Dated:    January 28, 2004

Respectfully submitted,

Theodore M. Hess-Mahan, BBO No. 557109
SHAPIRO HABER & URMY LLP
75 State Street
Boston, MA 02109
(617) 439-3939

Attorneys for Plaintiff Michael F. Stalka

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE
DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD
FOR EACH OTHER PARTY BY MAIL-HAND-FAX ON   1/28/2004

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for

District of Massachusetts, I, Louis Gottlieb, hereby certify that:

1.    I was admitted to the bar of the State of New York in 1991 and of State of

Connecticut in 1990.

2.    I am a member in good standing in every jurisdiction where I have been admitted

practice.

3.    No disciplinary proceedings are pending against me as a member of any bar in

any jurisdiction.

4.    I am familiar with the Local Rules of the United States District Court for the

District of Massachusetts.

5.    My name, firm name, street address, telephone number, fax number and email

address are as follows:

Louis Gottlieb
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue, 12th Floor
New York, NY 10017
(212) 907-0872
(212) 883-7072
lgottlieb@glrslaw.com

Louis Gottlieb

Dated: 1/27/04