UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | | |
|---|---|---|
| FRED DEN, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 03-12211DPW |
| KAREN A. WALKER, EDWARD H. SNOWDEN and BOSTON COMMUNICATIONS GROUP, INC., | ) ) ) | |
| Defendants. | ) ) | |
| | ) | |
| RONALD C. WON, Individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 03-12244DPW |
| BOSTON COMMUNICATIONS GROUP, INC., KAREN A. WALKER, and EDWARD H. SNOWDEN, | ) ) ) | |
| Defendants. | ) ) | |

## BOSTON COMMUNICATIONS GROUP, INC.'S  CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Defendant Boston Communications

Group, Inc. ("BCGI") states:

1.  BCGI has no parent corporation.

2.  BCGI is not aware of any publicly held company that holds more than 10 percent of its stock.

KAREN A. WALKER, EDWARD H.
SNOWDEN and BOSTON
COMMUNICATIONS GROUP, INC.,

By their attorneys,

Jeffrey B. Rudman (BBO #433380)
Andrea J. Robinson (BBO #556337)
Lisa M. Cameron (BBO #639951)
Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated:  January 29, 2004

## CERTIFICATE OF SERVICE

I, Lisa M. Cameron, hereby certify that I caused a true and accurate copy of the foregoing document to be served upon the following by first class mail on this 29th day of January, 2004:

Theodore M. Hess-Mahan, Esq.
Shapiro Haber & Urmy LLP
75 State Street
Boston, MA 02109

Christopher J. Keller, Esq.
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017

Paul Geller, Esq.
Cauley Geller Bowman & Rudman, LLP
197 S. Federal Highway
Suite 200
Boca Raton, FL 33432

David Pastor, Esq.
Edward L. Manchur, Esq.
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway
Suite 500
Saugus, MA 01906

Marc A. Topaz, Esq.
Richard A. Maniskas, Esq.
Chad E. Kauffman, Esq.
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

Fred T. Isquith, Esq.
Christopher S. Hinton, Esq.
Wolf Haldenstein Adler Freeman & Herz
270 Madison Avenue
New York, NY 10016

Bruce G. Murphy, Esq.
Law Offices of Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963

Sandy A. Liebhard, Esq.
Joseph R. Seidman, Jr., Esq.
Bernstein, Liebhard & Lifshitz, LLP
10 E. 40th Street, 22nd Floor
New York, NY 10016

Lisa M. Cameron