UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FRED DEN, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>v.<br><br>KAREN A. WALKER, EDWARD H. SNOWDEN and BOSTON COMMUNICATIONS GROUP, INC.,<br><br>              Defendants. | Civil Docket for Case No.:<br>1:03-cv-12211-DPW<br><br>Hon. Douglas P. Woodlock |

## STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR LEAD PLAINTIFF TO FILE AMENDED COMPLAINT AND SETTING A REVISED BRIEFING SCHEDULE

WHEREAS by Order of the Court dated January 29, 2004, Lead Plaintiffs were required to file and serve an Amended Complaint by no later than March 15, 2004;

WHEREAS Lead Plaintiff has requested a one-week extension of time from defendants and defendants have agreed to such extension in return for the same extension with respect to their time to answer or otherwise respond to the Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

Lead Plaintiffs shall file and serve an Amended Complaint by no later than March 22, 2004;

Defendants shall answer, move or otherwise respond to the Amended Complaint by no later than May 10, 2004;

Lead Plaintiffs shall file an opposition to the Motion to Dismiss by June 11, 2004; and

Defendants shall file a reply brief, if any, by July 2, 2004.

Dated: March 12, 2004                    SHAPIRO HABER & URMY LLP

/s/Theodore M. Hess-Mahan
Thomas G. Shapiro BBO #454680
Theodore M. Hess-Mahan BBO #557109
75 State Street
Boston, Massachusetts 02109
(617) 439-3939

Local Counsel for the Class

GOODKIND LABATON RUDOFF
    & SUCHAROW LLP
Jonathan M. Plasse
Lisa Buckser-Schulz
100 Park Avenue
New York, New York 10017-5563
(212) 907-0700

Lead Counsel for the Class


HALE AND DORR LLP


/s/Andrea J. Robinson
Jeffrey B. Rudman BBO #433380
Andrea J. Robinson BBO #556337
Lisa M. Cameron BBO #639951
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Attorneys for Defendants

SO ORDERED:

Dated:_____       _____
                                United States District Judge