UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRED DEN, individually and on behalf of all others similarly situated,<br>　　　　Plaintiff,<br><br>　　v.<br><br>KAREN A. WALKER, EDWARD H. SNOWDEN and BOSTON COMMUNICATIONS GROUP, INC.,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 03-12211DPW<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED-TO MOTION OF DEFENDANTS TO FILE MEMORANDUM OF 30 PAGES

Defendants Boston Communications Group, Inc., Karen A. Walker and Edward H. Snowden (collectively "defendants") move for leave to file a memorandum of law in support of their Motion to Dismiss the Amended Consolidated Class Complaint which exceeds the twenty page limit set forth in Local Rule 7.1(b)(4), but which will not exceed 30 pages.

As grounds for this motion, defendants respectfully submit that they are unable to address adequately the Amended Consolidated Class Action Complaint in under twenty pages.

Pursuant to Local Rule 7.1(a)(2), counsel has conferred with plaintiffs' counsel, who assents to the relief sought in this motion.

-2-

WHEREFORE, the defendants, with the assent of the plaintiffs, respectfully request that they be permitted to file a supporting memorandum of 30 pages.

Respectfully Submitted,

   /s/ Lisa M. Cameron
Jeffrey B. Rudman (BBO #433380)
Andrea J. Robinson (BBO #556337)
Lisa M. Cameron (BBO #639951)
Alison R. Aubry (BBO #657298)
Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

**Counsel for Defendants Boston Communications Group, Inc., Karen A. Walker and Edward H. Snowden**

Dated: April 29, 2004

-2-
BOSTON 1898462v2

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

     I, Andrea J. Robinson, hereby certify that, pursuant to Local Rule 7.1(a)(2), I conferred with Lisa Buckser-Schulz, Lead Counsel for plaintiffs, who assented to this motion.

                                /s/ Andrea J. Robinson
                                Andrea J. Robinson

BOSTON 1898462v2

-4-

## CERTIFICATE OF SERVICE

    I, Lisa M. Cameron, hereby certify that on April 29, 2004, I caused a copy of the foregoing document to be served by overnight mail to counsel who are not listed to receive service electronically.

                                          /s/ Lisa M. Cameron
                                          Lisa M. Cameron