UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

|  |  |
|---|---|
| FRED DEN, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>KAREN A. WALKER, EDWARD H. SNOWDEN and BOSTON COMMUNICATIONS GROUP, INC.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 03-12211DPW<br>)<br>)<br>)<br>)<br>)<br>) |

**APPENDIX IN SUPPORT OF DEFENDANTS' MOTION TO
DISMISS THE AMENDED CONSOLIDATED CLASS COMPLAINT**

                                  KAREN A. WALKER, EDWARD H.
                                  SNOWDEN and BOSTON
                                  COMMUNICATIONS GROUP, INC.,

                                  By their attorneys,

                                  Jeffrey B. Rudman (BBO #433380)
                                  Andrea J. Robinson (BBO #556337)
                                  Lisa M. Cameron (BBO #639951)
                                  Alison R. Aubry (BBO #657298)
                                  Hale and Dorr LLP
                                  60 State Street
                                  Boston, MA 02109
                                  (617) 526-6000

Dated: May 10, 2004