UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| FRED DEN, individually and on behalf of ) | |
| all others similarly situated, ) | |
|        Plaintiff, ) | |
| ) | |
|   v. ) | Civil Action No. 03-12211DPW |
| ) | |
| KAREN A. WALKER, EDWARD H. SNOWDEN ) | |
| and BOSTON COMMUNICATIONS GROUP, ) | |
| INC., ) | |
|        Defendants. ) | |
| _____ ) | |

**AFFIDAVIT OF LISA CAMERON, ESQ. IN FURTHER SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION
COMPLAINT**

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF SUFFOLK

     I, Lisa Cameron, Esq., hereby depose and state the following:

1.  I am an attorney with the firm of Hale and Dorr LLP, counsel to the Defendants in the above-captioned action.  I am a member in good standing of the Bar of the Commonwealth of Massachusetts, and I submit this Affidavit in connection with Defendants' Memorandum in Support of Their Motion to Dismiss the Amended Consolidated Class Action Complaint, filed herewith.

2.  Attached hereto as Exhibit 1 is a true and correct copy of an excerpt from Boston Communications Group, Inc.'s ("BCGI") March 31, 2003 Form 10-Q.

3.  Attached hereto as Exhibit 2 is a true and correct copy of the February 6, 2003 First Analysis report on BCGI.

4.    Attached hereto as Exhibit 3 is a true and correct copy of the April 24, 2003 First Analysis report on BCGI.

5.    Attached hereto as Exhibit 4 is a true and correct copy of the July 16, 2003 press release entitled "Boston Communications Group Reports Earnings for the Second Quarter of 2003."

6.    Attached hereto as Exhibit 5 is a true and correct copy of the transcript of BCGI's July 16, 2003 conference call.

7.    Attached hereto as Exhibit 6 is a true and correct copy of the April 16, 2003 press release entitled "Boston Communications Group Reports Earnings for the Second Quarter of 2003."

8.    Attached hereto as Exhibit 7 is a true and correct copy of the April 17, 2003 Morgan Keegan report on BCGI.

9.    Attached hereto as Exhibit 8 is a true and correct copy of <u>Fisher v. SpecTran Corp.</u>, No. 99-12359-NG, slip. op. (May 31, 2001).

10.    Attached hereto as Exhibit 9 is a true and correct copy of <u>*In re* Art Tech. Group, Inc. Sec. Litig.</u>, C.A. No. 01-11731-NG, slip. op. (Sept. 4, 2003).

11.    Attached hereto as Exhibit 10 is a true and correct copy of the transcript of BCGI's April 16, 2003 conference call.

12.    Attached hereto as Exhibit 11 is a true and correct copy of an excerpt from BCGI's December 31, 2002 Form 10-K.

13.    Attached hereto as Exhibit 12 is a true and correct copy of the June 12, 2003 Raymond James report on BCGI.

14.    Attached hereto as Exhibit 13 is a true and correct copy of <u>*In re* Allaire Corp. Sec. Litig.</u>, No. Civ. A. 00-11972-WGY, Sept. 25, 2001 Hearing Transcript.

15.  Attached hereto as Exhibit 14 is a true and correct copy of the Form 4 filings made with the SEC on behalf of Defendant Edward H. Snowden.

16.  Attached hereto as Exhibit 15 is a true and correct copy of *In re* Chipcom Corp. Sec. Litig., No. 95-1114, slip op. (D. Mass. April 29, 1996).

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on May 10, 2004.

/s/  Lisa M. Cameron
Lisa Cameron, Esq.

## CERTIFICATE OF SERVICE

I, Lisa M. Cameron, hereby certify that on May 10, 2004, I caused a copy of the foregoing document to be served by overnight mail to counsel who are not listed to receive service electronically.


/s/  Lisa M. Cameron
Lisa M. Cameron