**EXHIBIT** 14

OMB Number: XX25XXXX1
Expires: September 30, 1998
Estimated average burden
hours per response..... 0.5

☐ Check this box if no longer
subject to Section 16. Form 4 or
Form 5 obligations may continue.
See instruction 1(b).
(Print or Type Responses)

# STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility
Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol (BCGI) | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Snowden Edward H. | Boston Communications Group Inc | ☒ Director ___ 10% Owner ☒ Officer (give ___ Other (specify title below) below) President & CEO |

(Last) (First) (Middle)
Boston Communications Group
100 Sylvan Road Suite 100
(Street)
Woburn MA 01801
(City) (State) (Zip)

| 3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary) | 4. Statement for Month/Year 10/02 |
|---|---|
| | 5. If Amendment, Date of Original (Month/Year) |

7. Individual or Joint/Group Filing (Check Applicable Line)
☒ Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

## Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/2/02 | S | | 200 | D | 11.00 | 27,958 | D | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| * Pursuant to a 10b5-1 plan. | | | | | | | | | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 4(b)(v).

(Over)

SEC 1474 (7-96)

TABLE II — DERIVATIVE SECURITIES ACQUIRED, DISPOSED OF, OR BENEFICIALLY OWNED
( *e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) | 6.60 | 10/3/02 | X | - | 0 | 200 | 2/01/97 | 2/11/06 | Common Stock | 200 | 0 | 254,800 | 0 | 1 |
| | | | | | | | | | | | | | | |

Explanation of Responses:


10-3-02
Date

**Signature of Reporting Person

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

OMB Nu. 3235-r287
Expires: September 30, 1990
Estimated average burde...
hours per response..... 0.5

STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility
Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

□ Check this box if no longer
subject to Section 16. Form 4 or
Form 5 obligations may continue.
See Instruction 1(b).
(Print or Type Responses)

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Snowden Edward H<br>(Last) (First) (Middle)<br>Boston Communications Group<br>100 Sylvan Road Suite 100<br>(Street)<br>Woburn MA 01801<br>(City) (State) (Zip) | Boston Communications Group Inc (BCGI)<br><br>4. Statement for<br>Month/Year<br>10/02<br><br>5. If Amendment,<br>Date of Original<br>(Month/Year) | X Director<br>X Officer (give ___ 10% Owner<br>title below) ___ Other (specify<br>President & CEO below)<br><br>7. Individual or Joint/Group Filing (Check Applicable Line)<br>X Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |

Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security<br>(Instr. 3) | 2. Transaction Date<br>(Month/Day/Year) | 3. Transaction Code<br>(Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D)<br>(Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month<br>(Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I)<br>(Instr. 4) | 7. Nature of Indirect Beneficial Ownership<br>(Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/3/02 | S* | | 2,600 | D | 11.00 | 27,958 | D | |
| | | | | | | | | | |
| | | | | | | | | | |

* Pursuant to a 10b 5-1 plan

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 4(b)(v).

SEC 1474 (7-96)

(Over)

FORM 4 (continued)

Table II — Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock option (right to buy) | 6.00 | 10/3/02 | X | | 0 | 2,000 | 2/1/02 | 2/1/08 | Common Stock | 2,000 | 0 | 252,800 | D | I |

Explanation of Responses:

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient,
see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not
required to respond unless the form displays a currently valid OMB Number.

_Signature of Reporting Person_    10-4-02
    **Signature of Reporting Person    Date

# FORM 4

o  Check this box if no longer
   subject to Section 16. Form 4
   or Form 5 obligations may
   continue. *See* Instruction 1(b).

(Print or Type Responses)

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility
Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number:..............3235-0287
Expires:..............January 31, 2005
Estimated average burden
hours per response...........0.5

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol<br>BCGI<br>Boston Communications Group, Inc. | 6. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable) |
|---|---|---|
| Snowden    Edward    H.<br>(Last)    (First)    (Middle) | | X  Director                  10% Owner<br>X  Officer (give          Other (specify<br>     title below)               below)<br><br>President & Chief Executive Officer |
| C/O Boston Communications Group Inc.<br>100 Sylvan Road, Suite 100<br>(Street) | 3. I.R.S. Identification<br>Number of Reporting<br>Person, if an entity<br>(voluntary) | 4. Statement for<br>Month/Day/Year<br><br>08/28/02 |
| Woburn    MA    01801<br>(City)    (State)    (Zip) | 5. If Amendment,<br>Date of Original<br>(Month/Day/Year) | 7. Individual or Joint/Group Filing<br>(Check applicable line)<br><br>___ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |

## Table I – Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security<br>(Instr. 3) | 2. Transaction Date<br>(Month/Day/Year) | 2A. Deemed Execution Date, if any<br>(Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D)<br>(Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s)<br>(Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I)<br>(Instr. 4) | 7. Nature of Indirect Beneficial Ownership<br>(Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/28/02 | | S* | | 1,100 | D | 13.00 | 27,958 | D | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

* Pursuant to a 10B5-1 plan.

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 1474 (3-99)    (Over)

FORM 4 (continued)

## Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Securities Beneficially Owned at End of Month (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) | 6.00 | 10/28/02 | - | X | - | 0 | 1,100 | 2/28/01 | 4/18/10 | Common Stock | 1,100 | 0 | 262,000 | D | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

Edward H. Snowdon

by [signature]
**Signature of Reporting Person
(pursuant to a power of attorney dated
8/31/02 (copy attached))

10/29/02
Date

**Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:  File three copies of this Form, one of which must be manually signed.
If space is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 2
SEC 1474 (3-99)

BOSTON 1477254v1

# POWER OF ATTORNEY

Know all by these presents, that the undersigned hereby constitutes and appoints each of Alan J. Bouffard and Karen A. Walker, signing singly, the undersigned's true and lawful attorney-in-fact to:

(1)    execute for and on behalf of the undersigned, in the undersigned's capacity as an officer and/or director of Boston Communications Group, Inc. (the "Company"), Forms 3, 4, and 5 in accordance with Section 16(a) of the Securities Exchange Act of 1934 and the rules thereunder;

(2)    do and perform any and all acts for and on behalf of the undersigned which may be necessary or desirable to complete and execute any such Form 3, 4, or 5, complete and execute any amendment or amendments thereto, and timely file such form with the United States Securities and Exchange Commission and any stock exchange or similar authority; and

(3)    take any other action of any type whatsoever in connection with the foregoing which, in the opinion of such attorney-in-fact, may be of benefit to, in the best interest of, or legally required by, the undersigned, it being understood that the documents executed by such attorney-in-fact on behalf of the undersigned pursuant to this Power of Attorney shall be in such form and shall contain such terms and conditions as such attorney-in-fact may approve in such attorney-in-fact's discretion.

The undersigned hereby grants to each such attorney-in-fact full power and authority to do and perform any and every act and thing whatsoever requisite, necessary, or proper to be done in the exercise of any of the rights and powers herein granted, as fully to all intents and purposes as the undersigned might or could do if personally present, with full power of substitution or revocation, hereby ratifying and confirming all that such attorney-in-fact, or such attorney-in-fact's substitute or substitutes, shall lawfully do or cause to be done by virtue of this power of attorney and the rights and powers herein granted. The undersigned acknowledges that the foregoing attorneys-in-fact, in serving in such capacity at the request of the undersigned, are not assuming, nor is the Company assuming, any of the undersigned's responsibilities to comply with Section 16 of the Securities Exchange Act of 1934.

This Power of Attorney shall remain in full force and effect until the undersigned is no longer required to file Forms 3, 4, and 5 with respect to the undersigned's holdings of and transactions in securities issued by the Company, unless earlier revoked by the undersigned in a signed writing delivered to the foregoing attorneys-in-fact.

IN WITNESS WHEREOF, the undersigned has caused this Power of Attorney to be executed as of this 22 day of August, 2002.

Signature

Print Name    Eric S. Nadeau

OMB APPROVAL

OMB Number: ........... 3235-0287
Expires: ........... January 31, 2005
Estimated average burden
hours per response .......

# FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility
Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

o   Check this box if no longer
    subject to Section 16. Form 4
    or Form 5 obligations may
    continue. *See* Instruction 1(b).

(Print or Type Responses)

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| Snowden    Edward    H. | BCGI    Boston Communications Group, Inc. | X   Director | ___ 10% Owner |
| (Last)    (First)    (Middle) | 3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary) | X   Officer (give title below) | ___ Other (specify below) |
| C/O Boston Communications Group Inc. 100 Sylvan Road, Suite 100 | 4. Statement for Month/Day/Year    11/1/02 | President & Chief Executive Officer | |
| (Street) | 5. If Amendment, Date of Original (Month/Day/Year) | 7. Individual or Joint/Group Filing (Check applicable line) | |
| Woburn    MA    01801 | | X   Form filed by One Reporting Person | |
| (City)    (State)    (Zip) | | ___ Form filed by More than One Reporting Person | |

## Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/ Day/ Year) | 2A. Deemed Execution Date if any (Month/ Day/ Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/1/02 | - | S* | - | 2,200 | D | 12.82 | 27,958 | D | - |
| Common Stock | 11/1/02 | - | S* | - | 1,100 | D | 13.06 | 27,958 | D | |
| | | | | | | | | | | |

\* Pursuant to a 10B5-1 plan.

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 1474 (3-99)

(Over)

**FORM 4 (continued)**

**Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Securities: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) | 6.00 | 11/1/02 | - | X | - | 0 | 2,200 | 2/28/01 | 4/18/10 | Common Stock | 2,200 | 0 | 259,800* | D | - |
| Stock Option (right to buy) | 6.00 | 11/1/02 | - | X | - | 0 | 1,100 | 2/28/01 | 4/18/10 | Common Stock | 1,100 | 0 | 258,700* | D | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

* In addition, 180,000 are held indirectly (60,000 by the Bradford Irrevocable Trust, 60,000 by the Sophia Trust, 60,000 by the Mallory Trust. f/o/b the children of the porting person. reporting person.

**Edward H. Snowden**

By: _____

**Signature of Reporting Person**    8/31/02
with Power of A    Date

**Note:**  File three copies of this Form, one of which must be manually signed.
If space is insufficient, see Instruction 6 for procedure

**Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form is a currently valid OMB control number.

SEC 1474 (3-99)

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION | OMB APPROVAL |
|---|---|---|

Washington, D.C. 20549

OMB Number.............3235-0287
Expires...........January 31, 2005
Estimated average burden
hours per response........

o  Check this box if no longer
subject to Section 16. Form 4
or Form 5 obligations may
continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility
Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

(Print or Type Responses)

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Snowden          Edward          H. | BCGI Boston Communications Group, Inc. | X  Director                   ___ 10% Owner |
| (Last)          (First)          (Middle) | | X  Officer (give            ___ Other (specify title below)                   below) |
| C/O Boston Communications Group Inc. 100 Sylvan Road, Suite 100 | 3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary) | 4. Statement for Month/Day/Year 11/11/02 |
| (Street) | | President & Chief Executive Officer |
| | | 7. Individual or Joint/Group Filing (Check applicable line) |
| Woburn          MA          01801 | 5. If Amendment, Date of Original (Month/Day/Year) | X  Form filed by One Reporting Person |
| (City)          (State)          (Zip) | | ___ Form filed by More than One Reporting Person |

### Table I – Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/11/02 | -- | S* | -- | 30,800 | D | 13.4022 | 27,958 | D | -- |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

* Pursuant to a 10B5-1 plan.

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 1474 (3-99)

(Over)

FORM 4 (continued)

## Table II -- Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Securities Beneficially Owned at End of Month (Instr. 4) | 11. Name of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) | 7.062 | 11/11/02 | - | X | - | 0 | 30,800 | (1) | 2/10/08 | Common Stock | 30,800 | 7.062 | 227,900* | D | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

(1) Exercisable in five equal installments commencing on the anniversary of the date of grate.

* In addition, 180,000 are held indirectly (60,000 by the Bradford Irrevocable Trust, 60,000 by the Mallory Trust, f/b/o the children of the reporting person, 60,000 by the Sophia Trust, 60,000 by the reporting person.

**Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

*Note:* File three copies of this Form, one of which must be manually signed.
If space is insufficient, *see* Instruction 6 for procedure.

_____    _____
**Signature of Reporting Person    Date

SEC 1474 (3-99)

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

## FORM 4

o  Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number..............3235-0287
Expires..............January 31, 2005
Estimated average burden
hours per response..............0.5

| 1. Name and Address of Reporting Person* | | | 2. Issuer Name and Ticker or Trading Symbol BCGI  Boston Communications Group, Inc. | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|---|---|

Snowden          Edward          H.
(Last)            (First)          (Middle)

C/O Boston Communications Group Inc.
100 Sylvan Road, Suite 100
(Street)

Woburn            MA            01801
(City)            (State)            (Zip)

3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary)

4. Statement for Month/Day/Year
12/02/02

5. If Amendment, Date of Original (Month/Day/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

X  Director          10% Owner
X  Officer (give title below)          Other (specify below)

President & Chief Executive Officer

7. Individual or Joint/Group Filing (Check applicable line)

X  Form filed by One Reporting Person
   Form filed by More than One Reporting Person

### Table I – Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/02/02 | - | S* | - | 3,300 | D | 13.7564 | 27,958 | D | - |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

* Pursuant to a 10B5-1 plan.

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 1474 (3-99)
(Over)

FORM 4 (continued)

## Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) Code | V | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) (A) | (D) | 6. Date Exercisable and Expiration Date (Month/Day/Year) Date Exercisable | Expiration Date | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) Title | Amount or Number of Shares | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Securities Beneficially Owned at End of Month (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stock Option (right to buy) | 6.4375 | 12/2/02 | - | X | - | 0 | 3,300 | 2/28/01 | 4/18/10 | Common Stock | 3,300 | 6.4375 | 224,600* | D | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

* In addition, 180,000 are held indirectly (60,000 by the Bradford Irrevocable Trust, 60,000 by the Sophia Trust, 60,000 by the Mallory Trust, f/o/o the children of the reporting person.

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

*Note:* File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

**Signature of Reporting Person

12-03-02
Date

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 2
SEC 1474 (3-99)

# FORM 4

o Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number.................3235-0287
Expires..............January 31, 2005
Estimated average burden hours per response......0.5

(Print or Type Responses)

**1. Name and Address of Reporting Person\***

Snowden (Last)   Edward (First)   H. (Middle)

C/O Boston Communications Group Inc.
100 Sylvan Road, Suite 100
(Street)

Woburn (City)   MA (State)   01801 (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
Boston Communications Group, Inc.
BCGI

**3. I.R.S. Identification Number of Reporting Person, if an entity** (voluntary)

**4. Statement for Month/Day/Year**
12/16/02

**5. If Amendment, Date of Original (Month/Day/Year)**

**6. Relationship of Reporting Person(s) to Issuer** (Check all applicable)

X Director   ___ 10% Owner
X Officer (give title below)   ___ Other (specify below)

President & Chief Executive Officer

**7. Individual or Joint/Group Filing** (Check applicable line)

X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

### Table I – Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) Code | V | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) Amount | (A) or (D) | Price | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| Common Stock | 12/16/02 | | S | | 3,000 | D | 13.5973 | 24,958 | D | |
| Common Stock | 12/16/02 | | S | | 3,000 | D | 13.54 | 21,958 | D | |
| Common Stock | 12/16/02 | | S | | 1,871 | D | 13.4996 | 20,087 | D | |
| Common Stock | 2/16/02 | | S | | 1,129 | D | 13.65 | 18,958 | D | |
| Common Stock | 12/16/02 | | S | | 2,700 | D | 13.6578 | 16,258 | D | |
| Common Stock | 12/16/02 | | S | | 2,000 | D | 13.6675 | 14,258 | D | |
| Common Stock | 12/16/02 | | S | | 1,300 | D | 13.70 | 12,958 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly
\* If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

(Over)

SEC 1474 (3-99)

FORM 4 (continued)

**Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5). | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Securities: Beneficially Owned at End of Month (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

\* In addition, 180,000 are held indirectly (60,000 by the Bradford Irrevocable Trust, 60,000 by the Sophia Trust, 60,000 by the Mallory Trust, f/o/b the children of the reporting person.

\*\*Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

*Note:* File three copies of this Form, one of which must be manually signed.
If space is insufficient, *see* Instruction 6 for procedure.

*/s/* **Signature of Reporting Person**

12-17-02
Date

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 2
SEC 1474 (3-90)

# FORM 4

○ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number:..............3235-0287
Expires:..............January 31, 2005
Estimated average burden
hours per response.............

SEC 1474 (3-99)
(Over)

*s a currently valid OMB control number.

| 1. Name and Address of Reporting Person* | | 2. Issuer Name and Ticker or Trading Symbol | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|---|

Snowden           Edward           H.
(Last)           (First)           (Middle)

C/O Boston Communications Group Inc.
100 Sylvan Road, Suite 100
(Street)

Woburn           MA           01801
(City)           (State)           (Zip)

2. Issuer Name and Ticker or Trading Symbol
BCGI
Boston Communications Group, Inc.

3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary)

4. Statement for Month/Day/Year
12/16/02

5. If Amendment, Date of Original (Month/Day/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

X  Director           _ 10% Owner
X  Officer (give title below)   _ Other (specify below)

President & Chief Executive Officer

7. Individual or Joint/Group Filing (Check applicable line)
X  Form filed by One Reporting Person
_  Form filed by More than One Reporting Person

## Table I – Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/16/02 | | S | | 1,419 | D | 13.70 | 11,539 | D | |
| Common Stock | 12/16/02 | | S | | 1,400 | D | 13.7043 | 10,139 | D | |
| Common Stock | 12/16/02 | | S | | 1,000 | D | 13.651 | 9,139 | D | |
| Common Stock | 12/16/02 | | S | | 800 | D | 13.6687 | 8,339 | D | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form di

FORM 4 (continued)

Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Securities Beneficially Owned at End of Month (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

* In addition, 180,000 are held indirectly (60,000 by the Bradford Irrevocable Trust, 60,000 by the Mallory Trust, f/o/b the children of the reporting person.
  reporting person.

**Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
  See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:   File three copies of this Form, one of which must be manually signed.
        If space is insufficient, see Instruction 6 for procedure.

**Signature of Reporting Person

12-17-0_

Date

Page 2

SEC 1474 (3-99)

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

# FORM 4

o  Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number:.............3235-0287
Expires:...............January 31, 2005
Estimated average burden hours per response....0.5

| 1. Name and Address of Reporting Person* | | | | 2. Issuer Name and Ticker or Trading Symbol BCGI Boston Communications Group, Inc. | | | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) | | |
|---|---|---|---|---|---|---|---|---|---|
| Snowden | Edward | | H. | | | | X  Director | | 10% Owner |
| (Last) | (First) | | (Middle) | | | | X  Officer (give title below) | | Other (specify below) |
| C/O Boston Communications Group Inc. 100 Sylvan Road, Suite 100 | | | | 3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary) | 4. Statement for Month/Day/Year 1/15/03 | | President & Chief Executive Officer | | |
| (Street) | | | | 5. If Amendment, Date of Original (Month/Day/Year) | | | 7. Individual or Joint/Group Filing (Check applicable line) | | |
| Woburn | | MA | 01801 | | | | X  Form filed by One Reporting Person | | |
| (City) | | (State) | (Zip) | | | | Form filed by More than One Reporting Person | | |

### Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 1/15/03 | - | S* | - | 2,200 | D | 12.5016 | 8,339 | D | I |
| Common Stock | 1/15/03 | - | S* | - | 900 | D | 12.5016 | 8,339 | D | I (a) |
| Common Stock | 1/15/03 | - | S* | - | 900 | D | 12.5016 | 8,339 | D | I (b) |
| Common Stock | 1/15/03 | - | S* | - | 900 | D | 12.5016 | 8,339 | D | I (c) |
| | | | | | | | | | | |
| | | | | | | | | | | |

* Pursuant to 10B5-1 plans.

(a) Bradford Irrevocable Trust, (b) Sophia Trust, (c) Mallory Trust, f/o/b the children of the reporting person.

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form  1 ys a currently valid OMB control number.

SEC 1474 (3-59)

(Over)

**FORM 4 (continued)**

## Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) Code | V | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) (A) | (D) | 6. Date Exercisable and Expiration Date (Month/Day/Year) Date Exercisable | Expiration Date | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) Title | Amount or Number of Shares | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Securities: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stock Option (right to buy) | 7.062 | 1/15/03 | - | X | - | 0 | 2,200 | (1) | 2/10/08 | Common Stock | 2,200 | 7.062 | 222,400* | D | |
| Stock Option (right to buy) | 7.062 | 1/15/03 | - | X | - | 0 | 900 | (1) | 2/10/08 | Common Stock | 900 | 7.062 | 59,100 | I | (a) |
| Stock Option (right to buy) | 7.062 | 1/15/03 | - | X | - | 0 | 900 | (1) | 2/10/08 | Common Stock | 900 | 7.062 | 59,100 | I | (b) |
| Stock Option (right to buy) | 7.062 | 1/15/03 | - | X | - | 0 | 900 | (1) | 2/10/08 | Common Stock | 900 | 7.062 | 59,100 | I | (c) |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

(1) Exercisable in five equal installments commencing on the anniversary of the date of grant.

\* In addition, 177,300 are held indirectly ((a) 59,100 by the Bradford Irrevocable Trust, (b) 59,100 by the Sophia Trust, (c) 59,100 by the Mallory Trust, f/o/b the children of the reporting person.)

\*\*Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

\*\*Signature of R.    _____    Person    1/16/03    Date

Note:   File three copies of this Form, one of which must be manually signed.
If space is insufficient, see Instruction 6 for procedure.

Page 2
SEC 1474 (3-99)

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC Form 4

# FORM 4

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235-0287
Expires: January 31, 2005
Estimated average burden hours per response .... 0.5

1. Name and Address of Reporting Person*
Snowden, Edward

(Last)    (First)    (Middle)
100 Sylvan Road
Suite 100

(Street)
Woburn, MA  01801

(City)    (State)    (Zip)

2. Issuer Name and Ticker or Trading Symbol
Boston Communications Group
bcgi

3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary)

4. Statement for (Month/Day/Year)
02/03/2003

5. If Amendment, Date of Original (Month/Day/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

__ Director    __ 10% Owner
X Officer (give title below)    __ Other (specify below)

Description    President & CEO

7. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
__ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4, and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | A/D | Price | | | |
| Common Stock | 02/03/2003 | | S* | | 2,200 | D | $11.9623 | 8,339 | D | |
| Common Stock | 02/03/2003 | | S* | | 900 | D | $11.9623 | 8,339 | D | I (a) |
| Common Stock | 02/03/2003 | | S* | | 800 | D | $11.9920 | 8,339 | D | I (b) |
| Common Stock | 02/03/2003 | | S* | | 900 | D | $11.9072 | 8,339 | D | I (c) |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative | 2. Conversion or | 3. Transaction | 3A. Deemed | 4. Transaction | 5. Number of Derivative | 6. Date Exercisable(DE) and | 7. Title and Amount of Underlying Securities | | | 9. Number of Derivative | 10. Ownership | 11. Nature of Indirect |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Pg 1 of 2

| Security (Instr. 3) | Exercise Price of Derivative Security | Date (Month/Day/Year) | Execution Date, if any (Month/Day/Year) | Code (Instr. 8) | | Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | Expiration Date (ED) (Month/Day/Year) | | (Instr. 3 and 4) | | Derivative Security (Instr. 5) | Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | Ownership Form of Derivative Securities: Direct (D) or Indirect (I) (Instr. 4) | Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | A | D | DE | ED | Title | Amount or Number of Shares | | | | |
| Stock Option | $7.0620 | 02/03/2003 | | X | | | 2,200 | (1) | 2/10/08 | Common Stock | 2,200 | $7.0620 | 220,200** | D | |
| Stock Option | $7.0620 | 02/03/2003 | | X | | | 900 | (1) | 2/10/08 | Common Stock | 900 | $7.0620 | 58,200 | I | (a) |
| Stock Option | $7.0620 | 02/03/2003 | | X | | | 900 | (1) | 2/10/08 | Common Stock | 900 | $7.0620 | 58,200 | I | (b) |
| Stock Option | $7.0620 | 02/03/2003 | | X | | | 900 | (1) | 2/10/08 | Common Stock | 900 | $7.0620 | 58,200 | I | (c) |

**Explanation of Responses:**

* Pursuant to a 10b5-1 plan.
** In addition, 174,600 are held indirectly by (a)58,200 by the Bradford Irrevocable Trust,(b)58,200 by The Sophia Trust, (c)58,200 by The Mallory Trust, f/o/b the children of the reporting person.

By: /s/ [signature]    Date: 2-4-03

** Signature of Reporting Person

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4(b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC 1474 (9-02)

SEC Form 4

# FORM 4

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| | |
|---|---|
| OMB APPROVAL | |
| OMB Number: 3235-0287 | |
| Expires: January 31, 2005 | |
| Estimated average burden hours per response . . . . . 0.5 | |

1. Name and Address of Reporting Person *

Snowden, Edward
(Last)          (First)          (Middle)

100 Sylvan Road
Suite 100
(Street)

Woburn, MA  01801
(City)          (State)          (Zip)

2. Issuer Name and Ticker or Trading Symbol
Boston Communications Group
bcgi

3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary)

4. Statement for (Month/Day/Year)
02/04/2003

5. If Amendment, Date of Original (Month/Day/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

Director          10% Owner
X Officer (give title below)          Other (specify below)

Description    President & CEO

7. Individual or Joint/Group Filing (Check Applicable Line)

X  Form filed by One Reporting Person
   Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4, and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | A/D | Price | | | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

P&    of 2

| Common Stock | $11.68 | 02/04/2003 | A | 20,000 | | (1) | 2/4/2013 | Common Stock | 20,000 | $11.68 | 240,200 | D | · |

**Explanation of Responses:**

(1) Exercisable in three equal installments commencing on the anniversary of the date of grant. Subject to accelerated vesting in whole or in part based on performance goals being met.
* In addition, 174,600 are held indirectly (58,200 by the Bradford Irrevocable Trust, 58,200 by the Sophia Trust, 58,200 by the Mallory Trust, f/o/b the children of the reporting person.

By:

/s/  E. U. Joseph

Date:  February 5, 2003

** Signature of Reporting Person

SEC 1474 (9-02)

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4(b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

file://C:\Documents%20and%20Settings\lapony\Local%20Settings\Temporary%20Internet%20Files\...  8\rrd4413.htm

2/5/2003

P.  ~of 2

SEC Form 4

# FORM 4

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

**OMB APPROVAL**

OMB Number: 3235-0287
Expires: January 31, 2005
Estimated average burden
hours per response....0.5

**1. Name and Address of Reporting Person**
Snowden, Edward
(Last) (First) (Middle)
100 Sylvan Road Suite 100
(Street)
Woburn, MA 01801
(City) (State) (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
Boston Communications Group
bcgi

**3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary)**

**4. Statement for (Month/Day/Year)**
02/06/2003

**5. If Amendment, Date of Original (Month/Day/Year)**

**6. Relationship of Reporting Person(s) to Issuer** (Check all applicable)
Director __ 10% Owner
X Officer (give title below) __ Other (specify below)
Description        President & CEO

**7. Individual or Joint/Group Filing (Check Applicable Line)**
X Form filed by One Reporting Person
__ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4, and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | A/D | Price | | | |
| Common Stock | 02/06/2003 | | S* | | 1,100 | D | $13.0539 | 8,339 | D | |
| Common Stock | 02/06/2003 | | S* | | 400 | D | $13.0999 | 8,339 | D | I (a) |
| Common Stock | 02/06/2003 | | S* | | 400 | D | $13.0539 | 8,339 | D | I (b) |
| Common Stock | 02/06/2003 | | S* | | 400 | D | $13.0539 | 8,339 | D | I (c) |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative | 2. Conversion or | 3. Transaction or | 3A. Deemed | 4. Transaction | 5. Number of Derivative | 6. Date Exercisable(DE) and | 7. Title and Amount of Underlying Securities | | 9. Number of Derivative | 10. Owner- | 11. Nature of Indirect |
|---|---|---|---|---|---|---|---|---|---|---|---|

file://C:\Documents%20and%20Settings\lapony\Local%20Settings\Temporary%20Internet%20Files\.8trd45701.htm    2/6/2003

| Security (Instr. 3) | Exercise Price of Derivative Security | Date (Month/Day/Year) | Execution Date, if any (Month/Day/Year) | Code (Instr. 8) | | Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | Expiration Date(ED) (Month/Day/Year) | | | (Instr. 3 and 4) | | Derivative Security (Instr. 5) | Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | ship Form of Derivative Securities: Direct (D) or Indirect (I) (Instr. 4) | Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | A | D | DE | ED | Title | Amount or Number of Shares | | | | |
| Stock Option | $7.0620 | 02/06/2003 | | X | | | 1,100 | (1) | 2/10/08 | Common Stock | 1,100 | $7.062 | 239,100** | D | |
| Stock Option | $7.0620 | 02/06/2003 | | X | | | 400 | (1) | 2/10/08 | Common Stock | 400 | $7.062 | 57,800 | I | (a) |
| Stock Option | $7.0620 | 02/06/2003 | | X | | | 400 | (1) | 2/10/08 | Common Stock | 400 | $7.062 | 57,800 | I | (b) |
| Stock Option | $7.0620 | 02/06/2003 | | X | | | 400 | (1) | 2/10/08 | Common Stock | 400 | $7.062 | 57,800 | I | (c) |

**Explanation of Responses:**

* Pursuant to a 10b5-1 plan.

(1) Exercisable in five equal installments commencing on the anniversary of the date of grant.

** Exercisable by 173,400 are held indirectly by (a)57,800 by the Bradford Irrevocable Trust,(b)57,800 by The Sophlin Trust, (c)57,800 by The Mallory Trust, f/c/b the children of the reporting person.

By: /s/ Edward W. Fraser

** Signature of Reporting Person

Date: February 7, 2003

**Reminder:** Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4(b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

**Note:** File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC 1474 (9-02)

Page 1 of 3

SEC Form 4

# FORM 4

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235-0287 |
| Expires: January 31, 2005 |
| Estimated average burden hours per response ... 0.5 |

| 1. Name and Address of Reporting Person |
|---|
| Snowden, Edward |
| (Last)    (First)    (Middle) |
| 100 Sylvan Road |
| Suite 100 |
| (Street) |
| Woburn,  MA  01801 |
| (City)    (State)    (Zip) |

| 2. Issuer Name and Ticker or Trading Symbol |
|---|
| Boston Communications Group |
| bcgi |

| 3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary) | 4. Statement for (Month/Day/Year) 02/21/2003 |
|---|---|
| | 5. If Amendment, Date of Original (Month/Day/Year) |

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

___ Director   ___ 10% Owner
X Officer (give title below)   ___ Other (specify below)

Description  President & CEO

7. Individual or Joint/Group Filing (Check Applicable Line)

X Form filed by One Reporting Person,
___ Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4, and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | A/D | Price | | | |
| Common Stock | 02/28/2002 | | A | | 854 | A | | | | |
| Common Stock | 08/30/2002 | | A | | 2005 | A | $7.319 | 9,193 | D | |
| Common Stock | 12/12/2002 | | G | | 375 | A | $7.31 | 11,198 | D | |
| Common Stock | 12/12/2002 | | G | | 150 | D | | 10,823 | D | |
| | | | | | | | | 10,673 | D | |

file://C:\Documents%20and%20Settings\lapony\Local%20Settings\Temporary%20Internet%20Files\OLK8\... 1/21 ...

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable (DE) and Expiration Date (ED) (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Securities; Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | A | D | DE | ED | Title | Amount or Number of Shares | | | | |

SEC 1474 (9-02)

**Explanation of Responses:**

By:

/s/ _____

** Signature of Reporting Person

Date: 2 - 2 | - 03

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4(b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Page 1 of 2

SEC Form 4

# FORM 4

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235-0287
Expires: January 31, 2005
Estimated average burden hours per response..... 0.5

| 1. Name and Address of Reporting Person* Snowden, Edward | 2. Issuer Name and Ticker or Trading Symbol Boston Communications Group bcgi | 4. Statement for (Month/Day/Year) 02/28/2003 | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|---|

(Last)    (First)    (Middle)

100 Sylvan Road
Suite 100
(Street)

Woburn, MA  01801

(City)    (State)    (Zip)

3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary)

5. If Amendment, Date of Original (Month/Day/Year)

__ Director    __ 10% Owner
X Officer (give title below)    __ Other (specify below)

Description    President & CEO

7. Individual or Joint/Group Filing (Check Applicable Line)

X Form filed by One Reporting Person
__ Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4, and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | A/D | Price | | | |
| Common Stock | 02/28/2003 | | A | | 2,291 | A | $7.567 | 12,984 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) | 6. Date Exercisable (DE) and Expiration Date (ED) (Month/Day/Year) | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | 8. | 9. Number of Derivative Securities Beneficially Owned Following | 10. Ownership Form of Derivative | 11. Nature of Indirect Beneficial Ownership (Instr.4) |
|---|---|---|---|---|---|---|---|---|---|---|---|

file://C:\Documents%20and%20Settings\laponyl.Local%20Settings\Temporary%20Internet%20Files...    2/3/2003

F   2 of 2

| Security | Year | (Month/ Day/ Year) | | | Disposed Of (D) (Instr. 3, 4 and 5) | | | | Reported Transaction (s) (Instr.4) | Securities: Direct (D) or Indirect (I) (Instr.4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | A | D | DE | ED | Title | Amount or Number of Shares | | |

**Explanation of Responses:**

Shares purchased under bcgi's Employee Stock Purchase Plan.

By: Edward H. Snowden

/s/ By: [signature] under Power of Attorney dated 8/3/02    Date: 8/3/03

** Signature of Reporting Person

**Reminder:** Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4(b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC 1474 (9-02)

SEC Form 4

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION |
|---|---|

Washington, D.C. 20549

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235-0287
Expires: January 31, 2005
Estimated average burden hours per response.....0.5

1. Name and Address of Reporting Person*
Snowden, Edward

(Last)    (First)    (Middle)

100 Sylvan Road
Suite 100

(Street)

Woburn, MA  01801

(City)    (State)    (Zip)

2. Issuer Name and Ticker or Trading Symbol

Boston Communications Group bcgi

3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary)

4. Statement for (Month/Day/Year)
03/03/2003

5. If Amendment, Date of Original (Month/Day/Year)

6. Relationship of Reporting Person(s) to Issuer
(Check all applicable)

_ Director    _ 10% Owner
X _ Officer (give title below)    _ Other (specify below)

Description    President & CEO

7. Individual or Joint/Group Filing (Check Applicable Line)

X _ Form filed by One Reporting Person
_ Form filed by More than One Reporting Person

Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4, and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | A/D | Price | | | |
| Common Stock | 03/03/2003 | | S* | | 2,200 | D | $12.6165 | 12,964 | D | |
| Common Stock | 03/03/2003 | | S* | | 900 | D | $12.175 | 12,964 | D | I (a) |
| Common Stock | 03/03/2003 | | S* | | 900 | D | $12.6465 | 12,964 | D | I (b) |
| Common Stock | 03/03/2003 | | S* | | 900 | D | $12.  3 | 12,964 | D | I (c) |
| Common Stock | 03/03/2003 | | S* | | 200 | D | | 12,964 | D | |
| Common Stock | 03/03/2003 | | S* | | 200 | D | | 12,964 | D | I (a) |
| Common Stock | 03/03/2003 | | S* | | 200 | D | | 12,964 | D | I (b) |
| Common Stock | 03/03/2003 | | S* | | 200 | D | | 12,964 | D | I (c) |

## Table II -- Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr.8) | | 5. Number of Derivative Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable(DE) and Expiration Date(ED) (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr.5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction (a) (Instr.4) | 10. Ownership Form of Derivative Securities: Direct (D) or Indirect (I) (Instr.4) | 11. Nature of Indirect Beneficial Ownership (Instr.4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | A | D | DE | ED | Title | Amount or Number of Shares | | | | |
| Stock Option | $7.0620 | 03/03/2003 | | X | | | 2,400 | (1) | 2/10/08 | Common Stock | 2,400 | $7.062 | 236,700** | D | |
| Stock Option | $7.0620 | 03/03/2003 | | X | | | 1,100 | (1) | 2/10/08 | Common Stock | 1,100 | $7.062 | 56,700 | I | (a) |
| Stock Option | $7.0620 | 03/03/2003 | | X | | | 1,100 | (1) | 2/10/08 | Common Stock | 1,100 | $7.062 | 56,700 | I | (b) |
| Stock Option | $7.0620 | 03/03/2003 | | X | | | 1,100 | (1) | 2/10/08 | Common Stock | 1,100 | $7.072 | 56,700 | I | (c) |

**Explanation of Responses:**

* Pursuant to a 10b5-1 plan.

** In addition, 170,100 are held indirectly by (a)56,700 by the Bradford Irrevocable Trust,(b)56,700 by The Sophia Trust, (c)56,700 by The Mallory Trust, f/o/b the children of the reporting person.

(1) Exercisable in five equal installments commencing on the anniversary of the date of grant.

By: _Edward W. Sabouny_   Date: 3/4/03

/s/ _W. Nounly_

** Signature of Reporting Person

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4(b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC 1474 (9-02)

## Additional Information Reported For This Form

Name and Address of Reporting Person
Snowden, Edward

| (Last) | (First) | (Middle) |
|---|---|---|

100 Sylvan Road
Suite 100

(Street)

Woburn, MA  01801

| (City) | (State) | (Zip) |
|---|---|---|

| Issuer Name and Ticker or Trading Symbol | Statement for (Month/Day/Year) |
|---|---|
| Boston Communications Group bcgi | 03/03/2003 |

Signed by Alan J. Bouffard under Power of Attorney dated August 31,2002

Page 1 of 3

SEC Form 4

# FORM 4

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235-0287
Expires: January 31, 2005
Estimated average burden
hours per response. . . . 0.5

| 1. Name and Address of Reporting Person | 2. Issuer Name and Ticker or Trading Symbol | 4. Statement for (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|---|
| Snowden, Edward | Boston Communications Group bcgi | 03/20/2003 | Director _ 10% Owner X Officer (give title below) _ Other (specify below) |
| (Last) (First) (Middle) | | | Description: President & CEO |
| 100 Sylvan Road Suite 100 | 3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary) | 5. If Amendment, Date of Original (Month/Day/Year) | 7. Individual or Joint/Group Filing (Check Applicable Line) |
| (Street) | | | _ Form filed by One Reporting Person |
| Woburn, MA 01801 | | | _ Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | | |

Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4, and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | A/D | Price | | | |
| Common Stock | 03/20/2003 | | S* | | 1,100 | D | $16,003 | 12,964 | D | |
| Common Stock | 03/20/2003 | | S* | | 400 | D | $15.?? | 12,964 | D | I (a) |
| Common Stock | 03/20/2003 | | S* | | 400 | D | $16.02 | 12,964 | D | I (b) |
| Common Stock | 03/20/2003 | | S* | | 400 | D | ?.?? | 12,964 | D | I (c) |

Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of | 2. Conver- | 3. | 3A. | 4. | 5. Number of | 6 Data Exercisable(DE) | 7. Title and Amount of | | 9. Number of | 10. | 11. Nature of |
|---|---|---|---|---|---|---|---|---|---|---|---|

https://www.sendd.com/~webdrop/netfile/rrd6535.htm

3/21/2003

.7 of 3

| Derivative Security (Instr. 3) | Conversion or Exercise Price of Derivative Security | Transaction Date (Month/Year) | Deemed Execution Date, if any (Month/Day/Year) | Transaction Code (Instr. 8) | | Derivative Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | and Expiration Date(ED) (Month/Day/Year) | | Underlying Securities (Instr. 3 and 4) | | Price of Derivative Security (Instr. 5) | Derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | Ownership Form of Derivative Securities: Direct (D) or Indirect (I) (Instr. 4) | Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | A | D | DE | ED | Title | Amount or Number of Shares | | | | |
| Stock Option | $7.0820 | 03/20/2003 | | X | | | 1,100 | (1) | 2/10/08 | Common Stock | 1,100 | $7.002 | 234,760** | D | .. |
| Stock Option | $7.0620 | 03/20/2003 | | X | | | 400 | (1) | 2/10/08 | Common Stock | 400 | $7.062 | 56,100 | I | (a) |
| Stock Option | $7.0620 | 03/20/2003 | | X | | | 400 | (1) | 2/10/08 | Common Stock | 400 | $7.062 | 56,100 | I | (b) |
| Stock Option | $7.0620 | 03/20/2003 | | X | | | 400 | (1) | 2/10/08 | Common Stock | 400 | $7.062 | 56,100 | I | (c) |

**Explanation of Responses:**

* Pursuant to a 10b5-1 plan.
** In addition, 168,300 are held indirectly by (a)56,100 by the Bradford Irrevocable Trust,(b)56,100 by The Scylla Trust, (c)56,100 by The Mallory Trust, f/o/b the children of the reporting person.
(1) Exercisable in five equal installments commencing on the anniversary of the date of grant.

Date:  3/21/0?

By: Edward H. Snowden
/s/ [signature]
** Signature of Reporting Person

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4(b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC 1474 (9-02)

**Additional Information Reported For This Form**

| Name and Address of Reporting Person* Snowden, Edward | | Issuer Name and Ticker or Trading Symbol | Statement for (Month/Day/Year) |
|---|---|---|---|

3/21/2003



(Last)          (First)          (Middle)          Boston Communications Group
                                                   bcgi

100 Sylvan Road          (Street)
Suite 100

Woburn,  MA  01801

(City)          (State)          (Zip)

03/20/2003

Signed by Alan J. Bouffard under Power of Attorney dated August 31,2002

2 of 3

; 1 of 3

SEC Form 4

# FORM 4

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235-0287
Expires: January 31, 2005
Estimated average burden hours per response...... 0.5

| 1. Name and Address of Reporting Person* | | |
|---|---|---|
| Snowden, Edward | | |
| (Last) | (First) | (Middle) |
| 100 Sylvan Road Suite 100 | | |
| (Street) | | |
| Woburn, MA 01801 | | |
| (City) | (State) | (Zip) |

| 2. Issuer Name and Ticker or Trading Symbol |
|---|
| Boston Communications Group |
| bcgi |

| 3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary) |
|---|

| 4. Statement for (Month/Day/Year) |
|---|
| 04/01/2003 |

| 5. If Amendment, Date of Original (Month/Day/Year) |
|---|

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

Director ___ 10% Owner
X Officer (give title below) ___ Other (specify below)

title: President & CEO

7. Individual or Joint/Group Filing (Check Applicable Line)

X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4, and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | A/D | Price | | | |
| Common Stock | 04/01/2003 | | S* | | 3,300 | D | $14.7854 | 12,964 | D | |
| Common Stock | 04/01/2003 | | S* | | 1,300 | D | $14.7754 | 12,964 | D | ( (a) |
| Common Stock | 04/01/2003 | | S* | | 1,300 | D | $14.7 | 12,964 | D | ( (b) |
| Common Stock | 04/01/2003 | | S* | | 1,300 | D | | 12,964 | D | ( (c) |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of | 2. Conver- | 3A | 4 | 5. Number of | 8. Date Exercisable/DE) | 7. Title and Amount of | | 9. Number of | 10. | 11. Nature of |
|---|---|---|---|---|---|---|---|---|---|---|

https://www.sendd.com/~webdrop/netfile/rrd7003.htm

4/2/2003

| Derivative Security (Instr. 3) | Conversion or Exercise Price of Derivative Security | Transaction Date (Month/Day/Year) | Deemed Execution Date, if any (Month/Day/Year) | Transaction Code (Instr. 8) | | Derivative Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | Date Exercisable and Expiration Date (Month/Day/Year) | | Underlying Securities (Instr. 3 and 4) | | Price of Derivative Security (Instr. 5) | Derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | Owner-ship Form of Deriv-ative Securities: Direct (D) or Indirect (I) (Instr. 4) | Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | A | D | DE | ED | Title | Amount or Number of Shares | | | | |
| Common Stock (Right to Buy) | $7.0620 | 04/01/2003 | | X | | | 3,300 | (1) | 2/10/08 | Common Stock | 3,300 | $7.0620 | 231,400** | D | |
| Common Stock (Right to Buy) | $7.0620 | 04/01/2003 | | X | | | 1,300 | (1) | 2/10/08 | Common Stock | 1,300 | $7.0620 | 54,800 | I | (a) |
| Common Stock (Right to Buy) | $7.0620 | 04/01/2003 | | X | | | 1,300 | (1) | 2/10/08 | Common Stock | 1,300 | $7.0620 | 54,800 | I | (b) |
| Common Stock (Right to Buy) | $7.0620 | 04/01/2003 | | X | | | 1,300 | (1) | 2/10/08 | Common Stock | 1,300 | $7.0620 | 54,800 | I | (c) |

**Explanation of Responses:**

* Pursuant to a 10b5-1 plan.
** In addition, 164,400 are held indirectly by (a)54,800 by the Bradford Irrevocable Trust,(b)54,800 by The Sophia Trust, (c)54,800 by The Mallory Trust, f/o/b the children of the reporting person.
(1) Exercisable in five equal installments commencing on the anniversary of the date of grant.

By: /s/ [signature]

** Signature of Reporting Person

Date: April ?, 2003

SEC 1474 (9-02)

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 4(b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15

https://www.sendd.com/~webdrop/netfile/rrt7003.htm

4/2/2003

U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

Page 1 of 3

# FORM 4

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235-0287
Expires: January 31, 2005
Estimated average burden
hours per response. . . . 0.5

| 1. Name and Address of Reporting Person | 2. Issuer Name and Ticker or Trading Symbol | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Snowden, Edward | Boston Communications Group bcgi | _ Director    _ 10% Owner |
| (Last)    (First)    (Middle) | | X Officer (give title below)    _ Other (specify below) |
| 100 Sylvan Road Suite 100 | 3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary) | Description    President & CEO |
| (Street) | 4. Statement for (Month/Day/Year)    04/02/2003 | 7. Individual or Joint/Group Filing (Check Applicable Line) |
| Woburn, MA  01801 | 5. If Amendment, Date of Original (Month/Day/Year) | X  Form filed by One Reporting Person |
| (City)    (State)    (Zip) | | _  Form filed by More than One Reporting Person |

Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4, and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | A/D | Price | | | |
| Common Stock | 04/02/2003 | | S* | | 1,100 | D | $15.06 | 12,984 | D | |
| Common Stock | 04/02/2003 | | S* | | 400 | D | $15.(1) | 12,984 | D | I (a) |
| Common Stock | 04/02/2003 | | S* | | 400 | D | $15.(1) | 12,984 | D | I (b) |
| Common Stock | 04/02/2003 | | S* | | 400 | D | $15.(1) | 12,984 | D | I (c) |

Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of | 2. Conver- | 3. | 3A. | 4. | 5. Number of | 6. Date Exercisable(DE) | 7. Title and Amount of | 9. Number of | 10. | 11. Nature of |
|---|---|---|---|---|---|---|---|---|---|---|

https://www.sendd.com/~webdrop/netfile/rrd7036.htm

...ge 2 of 3

| Derivative Security (Instr. 3) | sion or Exercise Price of Deri- vative Security | Transaction Date (Month/ Day/ Year) | Deemed Execution Date, if any (Month/ Day/ Year) | Transaction Code (Instr. 8) | | Derivative Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | and Expiration Date (Month/Day/Year) | | Underlying Securities (Instr. 3 and 4) | | of Derivative Security (Instr. 5) | Derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | Owner- ship Form of Deriv- ative Securities: Direct (D) or Indirect (I) (Instr. 4) | Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | A | D | DE | ED | Title | Amount or Number of Shares | | | | |
| Common Stock (Right to Buy) | $7.0620 | 04/02/2003 | | X | | | 1,100 | (1) | 2/10/08 | Common Stock | 1,100 | $7.0620 | 230,300** | D | |
| Common Stock (Right to Buy) | $7.0620 | 04/02/2003 | | X | | | 400 | (1) | 2/10/08 | Common Stock | 400 | $7.0620 | 54,400 | I | (a) |
| Common Stock (Right to Buy) | $7.0620 | 04/02/2003 | | X | | | 400 | (1) | 2/10/08 | Common Stock | 400 | $7.0620 | 54,400 | I | (b) |
| Common Stock (Right to Buy) | $7.0620 | 04/02/2003 | | X | | | 400 | (1) | 2/10/08 | Common Stock | 400 | $7.0620 | 54,400 | I | (c) |

**Explanation of Responses:**

* Pursuant to a 10b5-1 plan.

** In addition, 163,200 are held indirectly by (a)54,400 by the Bradford Irrevocable Trust, (b)54,400 by The Sophia Trust, (c)54,400 by The Mallory Trust, f/b/o the children of the reporting person.

(1) Exercisable in five equal installments commencing on the anniversary of the date of grant.

By: /s/ Edward W Merrill    Date: April 2, 2003

** Signature of Reporting Person

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4(b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15

SEC 1474 (9-02)

https://www.sendd.com/~webdrop/netfile/rrd7036.htm

4/2/2003

4/2/2003

U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Page 1

SEC Form 4

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION | OMB APPROVAL |
|---|---|---|

Washington, D.C. 20549

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB Number: 3235-0287
Expires: January 31, 2005
Estimated average burden hours per response . . . . . 0.5

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 4. Statement for (Month/Day/Year) | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|---|
| Snowden, Edward | Boston Communications Group bcgi | 04/17/2003 | __ Director __ 10% Owner X Officer (give title below) __ Other (specify below) |
| (Last)     (First)     (Middle) | 3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary) | 5. If Amendment, Date of Original (Month/Day/Year) | Description: President & CEO |
| 100 Sylvan Road Suite 100 | | | 7. Individual or Joint/Group Filing (Check Applicable Line) |
| (Street) | | | |
| Woburn, MA 01801 | | | X Form filed by One Reporting Person |
| (City)     (State)     (Zip) | | | __ Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4, and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | A/D | Price | | | |
| Common Stock | 04/17/2003 | | S* | | 2,200 | D | $17.00 | 12,964 | D | |
| Common Stock | 04/17/2003 | | S* | | 800 | D | $17.00 | 12,964 | D | I (a) |
| Common Stock | 04/17/2003 | | S* | | 800 | D | $17.00 | 12,964 | D | I (b) |
| Common Stock | 04/17/2003 | | S* | | 800 | D | $17.00 | 12,964 | D | I (c) |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of | 2. Conver- | 3. | 3A. | 4. | 5. Number of | 6. Date Exercisable(DE) | 7. Title and Amount of | 8.1 | | 9. | 10. | 11. Nature of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Page 2

| Derivative Security (Instr. 3) | Conversion or Exercise Price of Derivative Security | Transaction Date (Month/Day/Year) | Deemed Execution Date, If any (Month/Day/Year) | Transaction Code (Instr. 8) | | Derivative Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | Date Exercisable and Expiration Date (Month/Day/Year) | | Underlying Securities (Instr. 3 and 4) | | of Derivative Security (Instr. 5) | Derivative Securities Beneficially Owned Following Reported Transaction (Instr. 4) | Ownership Form of Derivative Securities: Direct (D) or Indirect (I) (Instr. 4) | Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | A | D | DE | ED | Title | Amount or Number of Shares | | | | |
| Common Stock (Right to Buy) | $7.0620 | 04/17/2003 | | X | | | 2,200 | (1) | 2/10/08 | Common Stock | 2,200 | $7.062 | 228,100** | D | |
| Common Stock (Right to Buy) | $7.0620 | 04/17/2003 | | X | | | 800 | (1) | 2/10/08 | Common Stock | 800 | $7.062 | 53,600 | I | (a) |
| Common Stock (Right to Buy) | $7.0620 | 04/17/2003 | | X | | | 800 | (1) | 2/10/08 | Common Stock | 800 | $7.062 | 53,600 | I | (b) |
| Common Stock (Right to Buy) | $7.0620 | 04/17/2003 | | X | | | 800 | (1) | 2/1/2008 | Common Stock | 800 | $7.062 | 53,600 | I | (c) |

**Explanation of Responses:**

* Pursuant to a 10b5-1 plan.
** In addition, 160,800 are held indirectly by (a)53,600 by the Bradford Irrevocable Trust, (b)53,600 by The Sophia Trust, (c)53,600 by The Mallory Trust, f/o/b the children of the reporting person.
(1) Exercisable in five equal installments commencing on the anniversary of the date of grant.

Date: 4-21-03

By: /s/ Edward W. Second

** Signature of Reporting Person

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4(b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15

SEC 1474 (9-02)

https://www.sendd.com/~webdrop/netfile/rrd7515.htm

4/18/2003

Page ?

4/18/2003

U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
Potential persons who are to respond to the collection of Information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Page 3

SEC Form 4

# FORM 4

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235-0287
Expires: January 31, 2005
Estimated average burden
hours per response...... 0.5

| 1. Name and Address of Reporting Person* | | | 2. Issuer Name and Ticker or Trading Symbol | 4. Statement for (Month/Day/Year) | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|---|---|---|
| Snowden, Edward | | | Boston Communications Group bcgi | 04/21/2003 | Director    10% Owner<br>X Officer (give title below)    Other (specify below) |
| (Last)    (First)    (Middle) | | | | | |
| 100 Sylvan Road Suite 100 | | | 3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary) | 5. If Amendment, Date of Original (Month/Day/Year) | Description    President & CEO |
| Woburn,  MA  01801 | | | | | 7. Individual or Joint/Group Filing (Check Applicable Line) |
| (City)    (State)    (Zip) | | | | | X  Form filed by One Reporting Person<br>   Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4, and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | A/D | Price | | | |
| Common Stock | 04/21/2003 | | S* | | 2,200 | D | $20.00 | 12,964 | D | |
| Common Stock | 04/21/2003 | | S* | | 800 | D | $20.00 | 12,964 | D | I(a) |
| Common Stock | 04/21/2003 | | S* | | 800 | D | $20.00 | 12,964 | D | I(b) |
| Common Stock | 04/21/2003 | | S* | | 800 | D | $20.00 | 12,964 | D | I(c) |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of | 2. Conver- | 3. | 3A. | 4. | 5. Number of | 6. Date Exercisable(DE) | 7. Title and Amount of | 8. | 9. Number of | 10. | 11. Nature of |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Derivative Security (Instr. 3) | Conversion or Exercise Price of Derivative Security | Transaction Date (Month/Day/Year) | Deemed Execution Date, if any (Month/Day/Year) | Transaction Code (Instr. 8) | | Derivative Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | Date Exercisable and Expiration Date(ED) (Month/Day/Year) | | Underlying Securities (Instr. 3 and 4) | | Price of Derivative Security (Instr. 5) | Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | Ownership Form of Derivative Securities: Direct (D) or Indirect (I) (Instr. 4) | Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | A | D | DE | ED | Title | Amount or Number of Shares | | | | |
| Common Stock (Right to Buy) | $7.0620 | 04/21/2003 | | X | | | 2,200 | (1) | 2/10/08 | Common Stock | 2,200 | $7.062 | 225,900** | D | |
| Common Stock (Right to Buy) | $7.0620 | 04/21/2003 | | X | | | 800 | (1) | 2/10/08 | Common Stock | 800 | $7.062 | 62,800 | I | (a) |
| Common Stock (Right to Buy) | $7.0620 | 04/21/2003 | | X | | | 800 | (1) | 2/10/08 | Common Stock | 800 | $7.062 | 52,800 | I | (b) |
| Common Stock (Right to Buy) | $7.0620 | 04/21/2003 | | X | | | 800 | (1) | 2/10/08 | Common Stock | 800 | $7.062 | 62,800 | I | (c) |

**Explanation of Responses:**

* Pursuant to a 10b5-1 plan.

*** In addition, 158,400 are held indirectly by (a)52,800 by the Bradford Irrevocable Trust,(b)52,800 by The Sophia Trust, (c)52,800 by The Mallory Trust, f/o/b the children of the reporting person.

(1) Exercisable in five equal installments commencing on the anniversary of the date of grant.

By: Edward H. Snowden

/s/ by: _____    Date: 4/22/03

** Signature of Reporting Person

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4(b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15

SEC 1474 (9-02)

Page : 3

U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

## Additional Information Reported For This Form

| Name and Address of Reporting Person | | | Issuer Name and Ticker or Trading Symbol | Statement for (Month/Day/Year) |
|---|---|---|---|---|
| Snowden, Edward | | | Boston Communications Group bcgi | 04/21/2003 |
| (Last) | (First) | (Middle) | | |
| 100 Sylvan Road Suite 100 | | | | |
| (Street) | | | | |
| Woburn, MA 01801 | | | | |
| (City) | (State) | (Zip) | | |

Signed by Alan J. Boufard under Power of Attorney dated August 31, 2002.

SEC Form 4

# FORM 4

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235-0287
Expires: January 31, 2005
Estimated average burden
hours per response... ... 0.5

| 1. Name and Address of Reporting Person | | | 2. Issuer Name and Ticker or Trading Symbol | 4. Statement for (Month/Day/Year) | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|---|---|---|
| Snowden, Edward | | | Boston Communications Group bcgi | 05/01/2003 | Director    10% Owner<br>☒ Officer (give title below)    Other (specify below) |
| (Last) | (First) | (Middle) | 3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary) | 5. If Amendment, Date of Original (Month/Day/Year) | Description    President & CEO |
| 100 Sylvan Road Suite 100 | | | | | 7. Individual or Joint/Group Filing (Check Applicable Line) |
| (Street) | | | | | ☒ Form filed by One Reporting Person |
| Woburn,  MA  01801 | | | | |    Form filed by More than One Reporting Person |
| (City) | (State) | (Zip) | | | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4, and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Owner- ship Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | A/D | Price | | | |
| Common Stock | 05/01/2003 | | S* | | 6,800 | D | $17.715 | 12,964 | D | |
| Common Stock | 05/01/2003 | | S* | | 2,500 | D | $17.716 | 12,964 | D | I (a) |
| Common Stock | 05/01/2003 | | S* | | 2,500 | D | $17.716 | 12,964 | D | I (b) |
| Common Stock | 05/01/2003 | | S* | | 2,500 | D | $17.715 | 12,964 | D | I (c) |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of | 2. Conver- | 3. | 3A. | 4. | 5. Number of | 6. Date Exercisable(DE) | 7. Title and Amount of | 8. | | | 10. | 11. Nature of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Number of | | | |

5/2/2003

https://www.sewdd.com/~webdrop/netfile/rrd8076.htm

Page 3

| Derivative Security (Instr. 3) | sion or Exercise Price of Deri- vative Security | Transaction Date (Month/ Day/ Year) | Deemed Execution Date, if any (Month/ Day/ Year) | Transaction Code (Instr.8) | | Derivative Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | Date Exercisable and Expiration Date(ED) (Month/Day/Year) | | Underlying Securities (Instr. 3 and 4) | | of Derivative Security (Instr.5) | Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr.4) | Owner- ship Form of Deriv- ative Securities: Direct (D) or Indirect (I) (Instr.4) | Indirect Beneficial Ownership (Instr.4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | A | D | DE | ED | Title | Amount or Number of Shares | | | | |
| Common Stock (Right to Buy) | $7.0620 | 06/01/2003 | | X | | | 6,600 | (1) | 2/10/08 | Common Stock | 6,600 | $7.062 | 219,300** | D | |
| Common Stock (Right to Buy) | $7.0620 | 06/01/2003 | | X | | | 2,500 | (1) | 2/10/08 | Common Stock | 2,500 | $7.062 | 50,300 | I | (a) |
| Common Stock (Right to Buy) | $7.0620 | 06/01/2003 | | X | | | 2,500 | (1) | 2/10/08 | Common Stock | 2,500 | $7.062 | 50,300 | I | (b) |
| Common Stock (Right to Buy) | $7.0620 | 06/01/2003 | | X | | | 2,500 | (1) | 2/10/08 | Common Stock | 2,500 | $7.062 | 50,300 | I | (c) |

**Explanation of Responses:**

\* Pursuant to a 10b5-1 plan.
\*\* In addition, 150,900 are held indirectly by (a)50,300 by the Bradford Irrevocable Trust,(b)50,300 by The Sophia Trust, (c)50,300 by The Mallory Trust, f/o/b the children of the reporting person.
(1) Exercisable in five equal installments commencing on the anniversary of the date of grant.

By: Edward H. Susuralen

/s/ By: [signature]    Date: 5/2/03

\*\* Signature of Reporting Person

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, see Instruction 4(b)(v).
\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15

SEC 1474 (9-02)

https://www.send.com/-webdrop/netfile/rrd8076.htm

5/2/2003

Page 3

U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

## Additional Information Reported For This Form

| Name and Address of Reporting Person* | Issuer Name and Ticker or Trading Symbol | Statement for (Month/Day/Year) |
|---|---|---|
| Snowden, Edward | Boston Communications Group bcgi | 05/01/2003 |
| (Last)    (First)    (Middle) | | |
| 100 Sylvan Road Suite 100 | | |
| (Street) | | |
| Woburn, MA  01801 | | |
| (City)    (State)    (Zip) | | |

Signed by Alan Bouffard under Power of Attorney dated August 31, 2002.

wnership Sut    sion

age 1 of 3

# FORM 4

Check this box if no
longer subject to
Section 16, Form 4 or
Form 5 obligations
may continue. *See*
Instruction 1(b).

OMB APPROVAL

OMB Number:    3235-0287
Expires:    January 31, 2005
Estimated average burden
hours per response...    0.5

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public
Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| Name and Address of Reporting Person: NOWDEN EDWARD H | | | 2. Issuer Name and Ticker or Trading Symbol BOSTON COMMUNICATIONS GROUP INC [begi] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|---|---|
| (Last) | (First) | (Middle) | | ___ Director    ___ 10% Owner   _X_ Officer (give title below)  ___ Other (specify below)    President & CEO |
| | (Street) | | 3. Date of Earliest Transaction (Month/Day/Year) 2003-06-02 | |
| | | | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)  _X_ Form filed by One Reporting Person  ___ Form filed by More than One Reporting Person |
| (City) | (State) | (Zip) | | |

Table I - Non-Derivative Securities Acquired, Disposed, or Beneficially Owned

| 1. Title of Security | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code | | 4. Securities Acquired (A) or Disposed of (D) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) | 6. Ownership Form: Direct (D) or Indirect (I) | 7. Nature of Indirect Beneficial Ownership |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| ommon Stock | 2003-06-02 | | S[1] | | 6600 | D | $16.7482 | 1204 | D | |
| ommon Stock | 2003-06-02 | | S[2] | | 2500 | D | $16.7256 | 0 | I | By Bradford Irrevocable Trust |
| ommon Stock | 2003-06-02 | | S[3] | | 2500 | D | $16.7212 | 0 | I | By Sophie Trust |
| ommon Stock | 2003-06-02 | | S[4] | | 2500 | D | $16.7310 | | I | By Mallory Trust |

ps://www.sendd.com/~webdrop/netfile/rrd10315.htm

6/3/2003

Page 2 of 3

Ownership S   ...sion

## Table II - Derivative Securities Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security | | 8. Price of Derivative Security | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) | 11. Nature of Indirect Beneficial Ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Common Stock Right to Buy | 7.062 | 2003-06-02 | | X | | | 6600 | 1999-02-10(5) | 2008-02-10 | Common Stock | 6600 | $7.062 | 212700 | D(2) | |
| Common Stock Right to Buy | 7.062 | 2003-06-02 | | X | | | 2500 | 1999-02-10(6) | 2008-02-10 | Common Stock | 2500 | $7.062 | 47800 | I | By Bradford Irrevocable Trust |
| Common Stock Right to Buy | 7.062 | 2003-06-02 | | X | | | 2500 | 1999-02-10(7) | 2008-02-10 | Common Stock | 2500 | $7.062 | 47800 | I | By Sophie Trust |
| Common Stock Right to Buy | 7.062 | 2003-06-02 | | X | | | 2500 | 1999-02-10(8) | 2008-02-10 | Common Stock | 2500 | $7.062 | 47800 | I | By Mallory Trust |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |

Ownership St ... ~ion

SNOWDEN EDWARD H | President & CEO

Signatures

*Edward M feured*    6-3-03

## Explanation of Responses:

(\*)  If the form is filed by more than one reporting person, *see Instruction 5(b)(v).*

(\*\*)  Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

(1)  Pursuant to a 10b5-1 Plan.

(2)  Pursuant to a 10b5-1 Plan.

(3)  Pursuant to a 10b5-1 Plan.

(4)  Pursuant to a 10b5-1 Plan.

(5)  Exercisable in five equal installments commencing on the anniversary of the date of grant. First vest date is 2/10/1999.

(6)  Exercisable in five equal installments commencing on the anniversary of the date of grant. First vest date is 2/10/1999.

(7)  Exercisable in five equal installments commencing on the anniversary of the date of grant. First vest date is 2/10/1999.

(8)  Exercisable in five equal installments commencing on the anniversary of the date of grant. First vest date is 2/10/1999.

(9)  In addition, 143,400 are held indirectly by (a)47,800 by the Bradford Irrevocable Trust, (b)47,800 by the Sophia Trust, (c)17,800 by the Mallory Trust, f/o/b the children of the reporting person.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *See* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

Ownership Submission

**FORM 4**

☐ Check this box if no longer subject to Section 16, Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235-0287
Expires: January 31, 20
Estimated average burden hours per response...

**1. Name and Address of Reporting Person :**
SNOWDEN EDWARD H

(Last)    (First)    (Middle)

(Street)

(City)    (State)    (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
BOSTON COMMUNICATIONS GROUP INC [bcgi]

**3. Date of Earliest Transaction (Month/Day/Year)**
2003-07-01

**4. If Amendment, Date Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer**
(Check all applicable)

___ Director       ___ 10% Owner
_X_ Officer (give title below)   ___ Other (specify below)

President & CEO

**6. Individual or Joint/Group Filing (Check Applicable Line)**
_X_ Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code | | 4. Securities Acquired (A) or Disposed of (D) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) | 6. Ownership Form: Direct (D) or Indirect (I) | 7. Nature of Indirect Beneficial Ownership |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 2003-07-01 | | S(1) | | 4400 | D | $16.8164 | 12964 | D | |
| Common Stock | 2003-07-01 | | S(2) | | 1700 | D | $16.8164 | 0 | I | By Bradford Irrevocabl Trust |
| Common Stock | 2003-07-01 | | S(3) | | 1700 | D | $16.8164 | 0 | I | By Sophie Trust |
| Common Stock | 2003-07-01 | | S(4) | | 1700 | D | $16.8164 | 0 | I | By Mallory Trust |

Ownership Submission

Page 2 o

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Common Stock | 2003-07-01 | S(10) | 2200 | D | $17.00 | 12964 | D | By Bradford Irrevocable Trust |
| Common Stock | 2003-07-01 | S(11) | 800 | D | $17.00 | 0 | D | By Sophie Trust |
| Common Stock | 2003-07-01 | S(12) | 800 | D | $17.00 | 0 | D | By Mallory Trust |
| Common Stock | 2003-07-01 | S(13) | 800 | D | $17.00 | 0 | D | |

## Table II - Derivative Securities Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security | | 8. Price of Derivative Security | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) | 11. Nature of Indirect Beneficial Ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Common Stock (Right to Buy) | 7.062 | 2003-07-01 | | X | | | 6600 | 1999-02-10(5) | 2008-02-10 | Common Stock | 6600 | $7.062 | 206100 | D(?) | |
| Common Stock (Right to Buy) | 7.062 | 2003-07-01 | | X | | | 2500 | 1999-02-10(6) | 2008-02-10 | Common Stock | 2500 | $7.062 | 45300 | I | By Bradford Irrevocable Trust |
| Common Stock | | | | | | | | 1999-02- | 2008- | Common | | | | | By Sophie |

ttps://www.senld.com/~webhrcom/netfilehml12598 1...

Ownership Submission

| | | | | | | | | | | | | Trust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (Right to Buy) | 7.062 | 2003-07-01 | | | | 2500 | 10[(2)] | 02-10 | Stock | 2500 | $7.062 | 45300 | I | By Mallory Trust |
| Common Stock (Right to Buy) | 7.062 | 2003-07-01 | X | | 2500 | 1999-02-10[(8)] | 2008-02-10 | Common Stock | 2500 | $7.062 | 45300 | I |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| SNOWDEN EDWARD H | | | President & CEO | |

*Edward H Snowden*
7-03 03

## Signatures

| | |
|---|---|
| Edward H Snowden | 2003-07-03 |
| **Signature of Reporting Person | Date |

## Explanation of Responses:

(*)   If the form is filed by more than one reporting person, see Instruction 5(b)(v).

(**)  Intentional misstatements or omissions of facts constitute Federal Criminal Violations. See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

(1)   Pursuant to a 10b5-1 Plan.

(2)   Pursuant to a 10b5-1 Plan.

(3)   Pursuant to a 10b5-1 Plan.

(4)   Pursuant to a 10b5-1 Plan.

(5)   Exercisable in five equal installments commencing on the anniversary of the date of grant. First vest date is 2/10/1999.

(6)   Exercisable in five equal installments commencing on the anniversary of the date of grant. First vest date is 2/10/1999.

(7)   Exercisable in five equal installments commencing on the anniversary of the date of grant. First vest date is 2/10/1999.

Exercisable in five equal installments commencing on the anniversary of the date of grant. First vest date is 2/10/1999.

ftns://www.senid.com/www.kuml.u.xffl.u.slxocon1...

Page 4 c

## Ownership Submission

(8) Exercisable in five equal installments commencing on the anniversary of the date of grant. First vest date is 2/10/1999.

(9) In addition, 135,900 are held indirectly by (a)45,300 by the Bradford Irrevocable Trust, (b)45,300 by the Sophia Trust, (c)45,300 by the Mallory Trust, f/o/b the children of the reporting person.

(10) Pursuant to a 10b5-1 Plan.

(11) Pursuant to a 10b5-1 Plan.

(12) Pursuant to a 10b5-1 Plan.

(13) Pursuant to a 10b5-1 Plan.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, See Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

OMB APPROX.

OMB Number: 3235-0287
Expires: January 31, 2005
Estimated average burden
hours per response... 0.5

Page 1 of 3

# FORM 4

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

## UNITED STATES SECURITIES AND 1 )HANGE COMMISSION
### Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person [4] | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| SNOWDEN EDWARD H | BOSTON COMMUNICATIONS GROUP INC [bcgi] | ___ Director    ___ 10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 07/08/2003 | _X_ Officer (give title below)    ___ Other (specify below) |
| (Street) | 4. If Amendment, Date Original Filed (Month/Day/Year) | President & CEO |
| (City) (State) (Zip) | | 6. Individual or Joint/Group Filing (Check Applicable Line) _X_ Form filed by One Reporting Person    ___ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 07/08/2003 | | S [(1)] | | 2,200 | D | $20 | 12,964 | D | |
| Common Stock | 07/08/2003 | | S [(2)] | | 800 | D | $20 | 0 | I | By Bradford Irrevocable Trust |
| Common Stock | 07/08/2003 | | S [(3)] | | 800 | D | $20 | 0 | I | By Sophie Trust |
| Common Stock | 07/08/2003 | | S [(4)] | | 800 | D | $20 | 0 | I | By Mallory Trust |

eminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

e:/C:\Documents%20and%20Settings\Kelly\Local%20Settings\Temporary%20Internet%20Files\OLKDE\pr...

Page 2 of 3

SEC 4 (9-02)

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) Code | 4. V | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) (A) | 5. (D) | 6. Date Exercisable and Expiration Date (Month/Day/Year) Date Exercisable | 6. Expiration Date | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) Title | 7. Amount or Number of Shares | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Common Stock (Right to Buy) | $7.062 | 07/08/2003 | | X | | | 2,200 | 02/10/1999 (5) | 02/10/2008 | Common Stock | 2,200 | $7.062 | 203,900 | D(9) | |
| Common Stock (Right to Buy) | $7.062 | 07/08/2003 | | X | | | 800 | 02/10/1999 (6) | 02/10/2008 | Common Stock | 800 | $7.062 | 44,500 | I | By Bre Im Tru |
| Common Stock (Right to Buy) | $7.062 | 07/08/2003 | | X | | | 800 | 02/10/1999 (7) | 02/10/2008 | Common Stock | 800 | $7.062 | 44,500 | I | By Tru |
| Common Stock (Right to Buy) | $7.062 | 07/08/2003 | | X | | | 800 | 02/10/1999 (8) | 02/10/2008 | Common Stock | 800 | $7.062 | 44,500 | I | By Ma Tru |

Reporting Owners

file://C:\Documents%20and%20Settings\TKelly\Local%20Settings\Temporary%20Internet%20Files...

Ownership St    ssion

| Reporting Owner Name / Address | Relationships | | | |
| --- | --- | --- | --- | --- |
| | Director | 10% Owner | Officer | Other |
| SNOWDEN EDWARD H | | | President & CEO | |

## Signatures

*Edward W Snowden*    07/08/2003

Edward H Snowden          Date

**Signature of Reporting Person

# Explanation of Responses:

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

(1) Pursuant to a 10b5-1 Plan.

(2) Pursuant to a 10b5-1 Plan.

(3) Pursuant to a 10b5-1 Plan.

(4) Pursuant to a 10b5-1 Plan.

(5) Exercisable in five equal installments commencing on the anniversary of the date of grant. First vest date is 2/10/1999.

(6) Exercisable in five equal installments commencing on the anniversary of the date of grant. First vest date is 2/10/1999.

(7) Exercisable in five equal installments commencing on the anniversary of the date of grant. First vest date is 2/10/1999.

(8) Exercisable in five equal installments commencing on the anniversary of the date of grant. First vest date is 2/10/1999.

(9) In addition, 133,500 are held indirectly by (a)44,500 by the Bradford Irrevocable Trust, (b)44,5.. by the Sophia Trust, (c)44,5... by the Mallory Trust, f/o/b the children of the reporting person.

Note: File three copies of this Form, one of which must be manually signed. *If space is insufficient, see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

8/5/20

)Page 1 of

Ownership and

FORM 4

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

OMB APPROVAL

OMB Number:      3235-028
Expires:        January 31, 200
Estimated average burden
hours per response... 0

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

(Print or Type Responses)

**1. Name and Address of Reporting Person :**
SNOWDEN EDWARD H
(Last)    (First)    (Middle)
100 Sylvan Road, Suite 100
(Street)
Woburn 01801
(City)    (State)    (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
BOSTON COMMUNICATIONS GROUP INC [bcgi]

**3. Date of Earliest Transaction (Month/Day/Year)**
08/01/2003

**4. If Amendment, Date Original Filed** (Month/Day/Year)

**5. Relationship of Reporting Person(s) to Issuer** (Check all applicable)

|  | Director |  | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) |  | Other (specify below) |

President & CEO

**6. Individual or Joint/Group Filing (Check Applicable Line)**
X  Form filed by One Reporting Person
   Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date. (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | Code | V | Amount | (A) or (D) | Price |  |  |  |
| Common Stock | 08/01/2003 |  | S(1) |  | 900 | D | $11.76 | 0 | I | By Bradford Irrevocable Trust |
| Common Stock | 08/01/2003 |  | S(2) |  | 900 | D | $11.76 | 0 | I | By Sophie Trust |
| Common Stock | 08/01/2003 |  | S(3) |  | 900 | D | $11.76 | 0 | I | By Mallory Trust |

Ownership Subm...

SEC 1474 (9-02)

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) Code | V | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) (A) | (D) | 6. Date Exercisable and Expiration Date (Month/Day/Year) Date Exercisable | Expiration Date | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) Title | Amount or Number of Shares | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Common Stock (Right to Buy) | $7.062 | 07/08/2003 | | X | | | 900 | 02/10/1999 (4) | 02/10/2008 | Common Stock | 900 | $7.062 | 43,600 | I | By Bradford Irrevo Trust |
| Common Stock (Right to Buy) | $7.062 | 07/08/2003 | | X | | | 900 | 02/10/1999 (5) | 02/10/2008 | Common Stock | 900 | $7.062 | 43,600 | I | By So Trust |
| Common Stock (Right to Buy) | $7.062 | 07/08/2003 | | X | | | 900 | 02/10/1999 (6) | 02/10/2008 | Common Stock | 900 | $7.062 | 43,600 | I | By Mello Trust |

# Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| SNOWDEN EDWARD H<br>100 Sylvan Road<br>Suite 100<br>Woburn 01801 | | | President & CEO | |

## Signatures Edward H. Snowden

By: Alan Bouffard

Edward H Snowden By Alan Bouffard under Power of Attorney dated 8/31/2002

08/05/2003

_____
"Signature of Reporting Person            Date

## Explanation of Responses:

\*        If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*       Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

(1)      Pursuant to a 10b5-1 Plan.

(2)      Pursuant to a 10b5-1 Plan.

(3)      Pursuant to a 10b5-1 Plan.

(4)      Exercisable in five equal installments commencing on the anniversary of the date of grant. First vest date is 2/10/1999.

(5)      Exercisable in five equal installments commencing on the anniversary of the date of grant. First vest date is 2/10/1999.

(6)      Exercisable in five equal installments commencing on the anniversary of the date of grant. First vest date is 2/10/1999.

**Remarks:**
In addition, 203,900 options to buy are held by Edward Snowden directly.  Bradford Trust, Sophia Trust and Mallory Trust f/o/b the children of the reporting person.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

8/5/20

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

OMB APPROVAL

| OMB Number: | 3235-02 |
| Expires: | January 31, 20 |

Estimated average burden hours per response...

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

(Print or Type Responses)

**1. Name and Address of Reporting Person :**
SNOWDEN EDWARD H
(Last) (First) (Middle)
100 Sylvan Road, Suite 100
(Street)
Woburn 01801
(City) (State) (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
BOSTON COMMUNICATIONS GROUP INC
[bcgi]

**3. Date of Earliest Transaction (Month/Day/Year)**
08/22/2003

**4. If Amendment, Date Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer**
(Check all applicable)

___ Director          ___ 10% Owner
_X_ Officer (give title below)    ___ Other (specify below)
President & CEO

**6. Individual or Joint/Group Filing (Check Applicable Line)**
_X_ Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/22/2003 | | S(1) | | 400 | D | $13 | 0 | I | By Bradford Irrevocabl Trust |
| Common Stock | 08/22/2003 | | S(2) | | 400 | D | $13 | 0 | I | By Sophie Trust |
| Common Stock | 08/22/2003 | | S(3) | | 400 | D | $13 | 0 | I | By Mallory Trust |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

SEC 1474 (9-0

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) Code | V | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) (A) | (D) | 6. Date Exercisable and Expiration Date (Month/Day/Year) Date Exercisable | Expiration Date | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) Title | Amount or Number of Shares | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Common Stock (Right to Buy) | $7.062 | 07/08/2003 | | X | | | 400 | 02/10/1999 (4) | 02/10/2008 | Common Stock | 400 | $7.062 | 43,200 | I | By Brado Irrevoc Trust |
| Common Stock (Right to Buy) | $7.062 | 07/08/2003 | | X | | | 400 | 02/10/1999 (5) | 02/10/2008 | Common Stock | 400 | $7.062 | 43,200 | I | By Trust |
| Common Stock (Right to Buy) | $7.062 | 07/08/2003 | | X | | | 400 | 02/10/1999 (6) | 02/10/2008 | Common Stock | 400 | $7.062 | 43,200 | I | By Mallor Trust |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
| --- | --- | --- | --- | --- |
| | Director | 10% Owner | Officer | Other |
| SNOWDEN EDWARD H<br>100 Sylvan Road<br>Suite 100<br>Woburn 01801 | | | President & CEO | |

## Signatures Edward H Snowden

by William Boufford

Edward H Snowden By Alan Bouffard under Power of Attorney dated 8/31/2002        08/25/2003

**Signature of Reporting Person                                                                            Date

## Explanation of Responses:

\*        If the form is filed by more than one reporting person, see Instruction 4(b)(v).

\*\*        Intentional misstatements or omissions of facts constitute Federal Criminal Violations. See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

(1)        Pursuant to a 10b5-1 Plan.

(2)        Pursuant to a 10b5-1 Plan.

(3)        Pursuant to a 10b5-1 Plan.

(4)        Exercisable in five equal installments commencing on the anniversary of the date of grant. First vest date is 2/10/1999.

(5)        Exercisable in five equal installments commencing on the anniversary of the date of grant. First vest date is 2/10/1999.

(6)        Exercisable in five equal installments commencing on the anniversary of the date of grant. First vest date is 2/10/1999.

**Remarks:**
In addition, 203,900 options to buy are held by Edward Snowden directly. Bradford Trust, Sophia Trust and Mallory Trust f/o/b the children of the reporting person.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

8/26/20...

Ownershi   bmission

## FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

OMB APPROVAL

OMB Number:        3235-028
Expires:        January 31, 200
Estimated average burden hours per response...

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

(Print or Type Responses)

| 1. Name and Address of Reporting Person * | | | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|---|---|
| SNOWDEN EDWARD H | | | BOSTON COMMUNICATIONS GROUP INC [bcgi] | (Check all applicable) |
| (Last)    (First)    (Middle) | | | | ___ Director                         ___ 10% Owner |
| 100 Sylvan Road, Suite 100 | | | 3. Date of Earliest Transaction (Month/Day/Year) 08/26/2003 | _X_ Officer (give title below)   ___ Other (specify below) |
| (Street) | | | | President & CEO |
| Woburn, MA 01801 | | | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (City)    (State)    (Zip) | | | | _X_ Form filed by One Reporting Person |
| | | | | ___ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title of Un of Securi | mount | 8. Price of Derivative Security | 9. Number of Derivative Securities | 10. Ownership Form of Derivative | 11. Na of Indi Benefi |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

https://www.sendul.com/~webdrop/netfile/frd17137.htm

8/27/200:

Page 2 of

Ownershi    bmission

| (Instr. 3) | Price of Derivative Security | (Month/Day/Year) | (Instr. 8) | | | | Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | | Date Exercisable | Expiration Date | (Instr. 3 and 4) | | Amount or Number of Shares | (Instr. 5) | Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | Derivative Security: Direct (D) or Indirect (I) (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | | (A) | (D) | | | | Title | | | | | |
| Common Stock (Right to Buy) | $13.03 | 08/26/2003 | | A | | | 64,000 | | 08/26/2004 (1) | 08/26/2013 | | Common Stock | 64,000 | | $13.03 | 267,900 (2) | D |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | | |
|---|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other | |
| SNOWDEN EDWARD H 100 Sylvan Road Suite 100 Woburn, MA 01801 | | | President & CEO | | |

## Signatures

Edward Snowden

By: Alan Bouffard under Power of Attorney dated 8/31/2002       08/27/2003

*"Signature of Reporting Person                                    Date

## Explanation of Responses:

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

8/27/2003

Case 1:03-cv-12211-DPW    Document 29-7    Filed 05/10/2004    Page 71 of 77

Ownershi    bmission

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

(1) Exercisable in three equal installments commencing on the anniversary of the date of grant.

(2) In addition, 129,600 are held indirectly by (a)43,200 by the Bradford Irrevocable Trust (b)43,200 by the Sophia Trust, (c) 43,200 by the Mallory Trust, f/o/b the children of the reporting person.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

Ownership ` mission

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |

Estimated average burden hours per response... **0.5**

(Print or Type Responses)

| 1. Name and Address of Reporting Person * SNOWDEN EDWARD H | | | | 2. Issuer Name and Ticker or Trading Symbol BOSTON COMMUNICATIONS GROUP INC [bcgi] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|---|---|---|
| (Last) | (First) | (Middle) | | 3. Date of Earliest Transaction (Month/Day/Year) 08/29/2003 | ___ Director   ___ 10% Owner   _X_ Officer (give title below)   ___ Other (specify below)   President & CEO |
| 100 Sylvan Road, Suite 100 | | | | | |
| (Street) | | | | 4. If Amendment, Date Original Filed (Month/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) _X_ Form filed by One Reporting Person   ___ Form filed by More than One Reporting Person |
| Woburn, MA 01801 | | | | | |
| (City) | (State) | (Zip) | | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/29/2003 | | A(1) | | 1,100 | A | $10.71 | 14,064 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid (MB control number.

SEC 1474 (9-02)

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially (
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of | 2. | 3. Transaction | 3A. Deemed | 4. | 5. Number | 6. Date Exercisable | 7. 1. | | 8. Price of | 9. Number | 10. | 11. Nature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

https://www.sendd.com/~webdrop/netfile/rrd17351.htm

Ownership'    nission

| Derivative Security (Instr. 3) | Conversion or Exercise Price of Derivative Security | Date (Month/Day/Year) | Execution Date, if any (Month/Day/Year) | Transaction Code (Instr. 8) | | Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | and Expiration Date (Month/Day/Year) | | Amount of Underlying Securities (Instr. 3 and 4) | | Derivative Security (Instr. 5) | of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

# Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| SNOWDEN EDWARD H 100 Sylvan Road Suite 100 Woburn, MA 01801 | | | President & CEO | |

# Signatures

8/29/03

Edward Snowden, By Alan Bouffard under Power of Attorney dated 8/31/2002

**Signature of Reporting Person

08/29/2003
Date

# Explanation of Responses:

\* If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. (a).

(1) Shares purchases under bgi's Employee Stock Purchase Plan.

Page 3 of 3

8/29/200

Ownership     mission

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

https://www.sendd.com/~webdrop/netfile/rvd17351.htm

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

OMB APPROVAL

OMB Number: 3235-021
Expires: January 3, 200
Estimated average burden hours per response... 0

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

(Print or Type Responses)

| 1. Name and Address of Reporting Person * SNOWDEN EDWARD H | 2. Issuer Name and Ticker or Trading Symbol BOSTON COMMUNICATIONS GROUP INC [bcgj] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|

(Last) (First) (Middle)
100 Sylvan Road, Suite 100

(Street)
Woburn 01801

(City) (State) (Zip)

3. Date of Earliest Transaction (Month/Day/Year)
09/02/2003

4. If Amendment, Date Original Filed (Month/Day/Year)

\_\_\_\_ Director
\_X\_\_ Officer (give title below) \_\_\_\_ 10% Owner
\_\_\_\_ Other (specify below)

President & CEO

6. Individual or Joint/Group Filing (Check Applicable Line)
\_\_\_\_ Form filed by One Reporting Person
\_X\_\_ Form filed by More than One Reporting Person

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 09/02/2003 | | S(1) | | 1,300 | D | $13.3723 | 0 | I | By Bradford Irrevocable Trust |
| Common Stock | 09/02/2003 | | S(2) | | 1,300 | D | $13.3769 | 0 | I | By Sophie Trust |
| Common Stock | 09/02/2003 | | S(3) | | 1,300 | D | $13.3515 | 0 | I | By Mallory Trust |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) Code | V | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) (A) | (D) | 6. Date Exercisable and Expiration Date (Month/Day/Year) Date Exercisable | Expiration Date | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) Title | Amount or Number of Shares | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Common Stock (Right to Buy) | $7.062 | 07/08/2003 | | X | | | 1,300 | 02/10/1999 (4) | 02/10/2008 | Common Stock | 1,300 | $7.062 | 41,900 | I | By Bradf... Irrevo... Trust |
| Common Stock (Right to Buy) | $7.062 | 07/08/2003 | | X | | | 1,300 | 02/10/1999 (5) | 02/10/2008 | Common Stock | 1,300 | $7.062 | 41,900 | I | By Bro... Trust |
| Common Stock (Right to Buy) | $7.062 | 07/08/2003 | | X | | | 1,300 | 02/10/1999 (6) | 02/10/2008 | Common Stock | 1,300 | $7.062 | 41,900 | I | By Mano... Trust |

## Reporting Owners

Page 3 o

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| SNOWDEN EDWARD H<br>100 Sylvan Road<br>Suite 100<br>Woburn 01801 | | | President & CEO | |

## Signatures

Edward H Snowden
by: Alan Bouffard          9/3/03

Edward H Snowden, By Alan Bouffard under Power of Attorney dated 8/31/2002

09/03/2003
_____
Date

*Signature of Reporting Person

## Explanation of Responses:

*       If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

**      Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

(1)     Pursuant to a 10b5-1 Plan.

(2)     Pursuant to a 10b5-1 Plan.

(3)     Pursuant to a 10b5-1 Plan.

(4)     Exercisable in five equal installments commencing on the anniversary of the date of grant. First vest date is 2/10/1999.

(5)     Exercisable in five equal installments commencing on the anniversary of the date of grant. First vest date is 2/10/1999.

(6)     Exercisable in five equal installments commencing on the anniversary of the date of grant. First vest date is 2/10/1999.

## Remarks:

In addition, 267,900 options to buy are held by Edward Snowden directly. Bradford Trust, Sophia Trust and Mallory Trust f/o/b the children of the reporting person.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.