UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| FRED DEN, individually and on behalf of all others similarly situated, <br>        Plaintiff, <br><br>   v. <br><br> KAREN A. WALKER, EDWARD H. SNOWDEN and BOSTON COMMUNICATIONS GROUP, INC., <br>        Defendants. | Civil Action No. 03-12211DPW |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2, Lisa M. Cameron of Hale and Dorr LLP hereby gives notice that she will no longer serve as counsel for defendants Karen A. Walker, Edward H. Snowden, and Boston Communications Group, Inc. in this action. Jeffrey B. Rudman, Andrea J. Robinson, and Alison R. Aubry of Hale and Dorr LLP will continue to represent the defendants in this matter.

BOSTON 1921052v1

        KAREN A. WALKER, EDWARD H. SNOWDEN AND BOSTON COMMUNICATIONS GROUP, INC.,

        Respectfully submitted,

        _____

        Jeffrey B. Rudman (BBO #433380)
        Andrea J. Robinson (BBO #556337)
        Lisa M. Cameron (BBO #639951)
        Alison R. Aubry (BBO #657298)
        Hale and Dorr LLP
        60 State Street
        Boston, MA 02109
        Tel:  (617) 526-6000

        Attorneys for Defendants

Date:  May 28, 2004

## **CERTIFICATE OF SERVICE**

    I, Lisa M. Cameron, hereby certify that on May 28, 2004, I caused a copy of the foregoing document to be served by overnight mail to counsel who are not listed to receive service electronically.

        /s/  Lisa M. Cameron
        Lisa M. Cameron