UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| FRED DEN, individually and on behalf of all others similarly situated,<br>　　　　Plaintiff,<br><br>　v.<br><br>KAREN A. WALKER, EDWARD H. SNOWDEN and BOSTON COMMUNICATIONS GROUP, INC.,<br>　　　　Defendants. | Civil Action No. 03-12211DPW |

## NOTICE OF CHANGE OF FIRM NAME

Effective May 31, 2004, Hale and Dorr LLP merged with Wilmer Cutler Pickering LLP. The new firm's name is Wilmer Cutler Pickering Hale and Dorr LLP. All future reference to Hale and Dorr LLP in this matter should be to Wilmer Cutler Pickering Hale and Dorr LLP. The address of the firm and its lawyers, their telephone numbers and their fax numbers remain the same. The format of our lawyers' email addresses has changed to firstname.lastname@wilmerhale.com.

- 2 -

Respectfully Submitted,

WILMER CUTLER PICKERING HALE and DORR LLP

/s/_Andrea J. Robinson_____
Jeffrey B. Rudman (BBO #433380)
Andrea J. Robinson (BBO #556337)
Lisa M. Cameron (BBO #639951)
Alison R. Aubry (BBO #657298)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

*Attorneys for Karen A. Walker, Edward H. Snowden and Boston Communications Group, Inc.*

Dated: June 1, 2004

- 3 -

CERTIFICATE OF SERVICE

   I, Andrea J. Robinson, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Fred Taylor Isquith<br>Wolf, Haldenstein, Adler, Freeman & Herz<br>270 Madison Avenue<br>New York, NY  10016 | Louis Gottlieb<br>Lisa Buckser-Schulz<br>Goodkind Labaton Rudoff & Sucharow LLP<br>100 Park Avenue<br>New York, NY  10017-5563 |

                /s/ Andrea J. Robinson_____
                Andrea J. Robinson

Dated:  June 1, 2004