UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------- x
FRED DEN, individually and on behalf of all  )
others similarly situated,                   )   C. A. No.:  03-12211-DPW
                                             )
                     Plaintiff,              )
                                             )
       -   v.   -                            )
                                             )
                                             )
KAREN A. WALKER, EDWARD H.                   )
SNOWDEN and BOSTON                           )
COMMUNICATIONS GROUP, INC.,                  )
                                             )
                     Defendants.             )
                                             )
------------------------------------------------------- x
```

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)**

    Pursuant to the provisions of Federal Rules of Civil Procedure 41(a)(1)(ii), it is hereby stipulated by the parties that the above-entitled action is hereby dismissed without prejudice without costs to either party and each side is to bear its own expenses and attorneys' fees.


Dated:  June 8, 2004

                                              SHAPIRO HABER & URMY LLP

                                              /s/Theodore M. Hess-Mahan
                                              Theodore M. Hess-Mahan (BBO #557109)
                                              Exchange Place
                                              53 State Street
                                              Boston, Massachusetts 02109
                                              Telephone:  (617) 439-3939

Jonathan M. Plasse
Lisa Buckser-Schulz
GOODKIND LABATON RUDOFF
& SUCHAROW LLP
100 Park Avenue
New York, New York  10017
Telephone:  (212) 907-0700

LEAD COUNSEL FOR PLAINTIFFS


/s/Andrea Robinson
Jeffrey B. Rudman (BBO #433380)
Andrea Robinson (BBO #556337)
HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000

COUNSEL FOR DEFENDANTS